# #163 – COMPLAINT

*Milan Kjalasan*
*309 Seventh Street*
*P.O. Box 631906*
*Lanai City, HI 96763*
*+1 (808) 800-8657*
milan.kjalasan.paperwork@gmail.com

FILED
AUG 13 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milan Kjalasan<br>309 Seventh Street<br>Lanai City, Hawaii 96763<br><br>vs.<br><br>United States Government<br>1600 Pennsylvania Avenue NW<br>Washington DC 20500<br>(202) 456-1111<br><br>United States Intelligence Community (IC)<br>1500 Tyson's McLean Drive<br>McLean, Virginia 22102<br>Fairfax County<br>+1 (855) 731-3260<br><br>Central Intelligence Agency (CIA)<br>1000 Colonial Farm Road in McLean, Virginia,<br>Washington, D.C. 2050<br>(202) 203–4959<br><br>Department of Homeland Security (DHS)<br>2707 Martin Luther King Avenue SE | Civil Case Number:<br>CV26-8418 JCS<br>Supportive Documents Accessible Online<br>(Impractical to be Printed Out)<br>1384 Letterhead Pages of Written Documents<br>Supporting my Federal Case<br>Supportive Documents Accessible Electronically<br>(needing verbal elaborating):<br><br>Exhibit (1014 Letterhead Pages):<br>#155#2026-01-01-06-10#155-EXHIBITS.pdf<br>Unrestricted Red Only and Free Download Access<br>through the Following Link:<br>https://drive.google.com/file/d/11IZEwpXsOm6d83kimP55Nrn2TjHud_86/view?usp=drive_link<br><br>Complaint (41 Letterhead Pages):<br>#156#2026-04-30-12-40#156-COMPLAINT.pdf<br>Unrestricted Red Only and Free Download Access<br>through the Following Link:<br>https://drive.google.com/file/d/1MCVDJ9zb1_oGezfKTfww9RG5-BLDN-fd/view?usp=drive_link |

| | |
|---|---|
| Washington DC 25028<br>(202) 282-8000<br><br>Federal Bureau of Investigation (FBI)<br>935 Pennsylvania Avenue NW<br>Washington DC 20535<br>(202) 324-3000<br><br>China State Security Yidongyuan No. 100 Xiyuan in the Haidian District of Beijing<br>+86 106-5202 114<br><br>Government of Germany<br>Federal Chancellery (Bundeskanzleramt) located at Willy-Brandt-Straße 1, 10557 Berlin, Germany<br>+49 180 272-0000<br><br>Government of Egypt<br>Governmental District, New Administrative Capital<br>+20 (2) 2407-0700<br><br>Government of the Republic of North Macedonia<br>Boulevard Ilinden No. 2<br>1000 Skopje, North Macedonia<br>+389 311-2255<br><br>Government of Serbia<br>13 Nikola Pasic Square<br>Belgrade, Serbia<br>+381 11 3026-100<br><br>Government of the Republic of Croatia<br>Trg Svetog Marka 2<br>10 000 Zagreb, Croatia<br>+385 1 456-9222<br><br>Government of Montenegro<br>Karadzordzeva BB 81000 Podgorica, Montenegro | Deposition (21 Letterhead Pages):<br>#157#2026-05-01-10-16#157-DEPOSITION.pdf<br>Unrestricted Red Only and Free Download Access through the Following Link:<br>https://drive.google.com/file/d/1E9A0H2l9cEJyb_61BmCzu8Ik96x9dLZn/view?usp=drive_link<br><br>Discussion (19 Letterhead Pages):<br>#158#2026-04-30-12-40#158-DISCUSSION.pdf<br>Unrestricted Red Only and Free Download Access through the Following Link:<br>https://drive.google.com/file/d/1xEYUKHJuX2kkg1tKz-a5t6hZpiM6zjGY/view?usp=drive_link<br><br>Active (200 Letterhead Pages):<br>#159#2026-05-09-15-00#159-ACTIVE.pdf<br>Unrestricted Red Only and Free Download Access through the Following Link:<br>https://drive.google.com/file/d/1SptKA5i8CjNIU4AIcUeDhWnHggJcwkiK/view?usp=drive_link<br><br>Prosperity (7 Letterhead Pages):<br>#160#2026-05-09-15-00#160-PROSPERITY.pdf<br>Unrestricted Red Only and Free Download Access through the Following Link:<br>https://drive.google.com/file/d/18E4d8E2vVe3UTkvJ771NHa1x-EHnxktb/view?usp=drive_link<br><br>Update (82 Letterhead Pages):<br>#161#2026-07-18-18-53#161-UPDATE.pdf<br>Unrestricted Red Only and Free Download Access through the Following Link:<br>https://drive.google.com/file/d/18sDAuAii2e8F17zTwu19iVfr-RBhYeF7/view?usp=drive_link<br><br>Access to All My Supportively Educational, Informative, and Protective Types of HUMINT and SIGINT Online Resources: |

| | |
|---|---|
| +382 20 482 876<br><br>Government of the Republic of Slovenia<br>Gregorciceva Ulica 20-25<br>1000 Ljubljana, Slovenia<br>+386 1 478-1000<br><br>INTERPOL General Secretariat<br>200, quai Charles de Gaulle<br>69006 Lyon, France<br>+33 4 72 44 71 63<br><br>Ministry of Interior<br>Novi Sad<br>Pap Pavla 46<br>Novi Sad, Serbia<br>+381 488-5000<br><br>Ministry of Interior Kocani<br>Teodosie Paunov (29-ti Noemvri) 12<br>+389 33 271-002<br><br>United States District Court for the District of Nevada<br>333 Las Vegas Blvd S, Las Vegas, NV 89101<br>(702) 464-5400<br><br>Federal Court of the District of Hawaii<br>Prince Kuhio Federal Building, 300 Ala Moana Blvd # C338, Honolulu, HI 96850<br>(808) 541-1300<br><br>European Broadcasting Union(EBU)<br>L'Ancienne-Route 17A, 1218 Le Grand-Saconnex / Geneva, Switzerland<br>+41 (22) 717-2158<br><br>World Health Organization (WHO) | 1. FOR THE UNITED NATIONS 2014+:<br>https://drive.google.com/drive/folders/13hrXLVunjV4QVjQQK5Aw8cYxV0nU-pAv?usp=drive_link<br>2. FOR THE UNITED NATIONS 2021+:<br>https://drive.google.com/drive/folders/1wNAmtuW0Qz4TpSr57gEjnDzwF-HDwG_i?usp=drive_link<br>3. MY PROTECTIVE HUMINT AND SIGINT YOUTUBE CHANNEL:<br>https://m.youtube.com/channel/UCu9LmB6kEiUJ16U6MSvjz4A#bottom-sheet<br>4. MY INFORMATIVE HUMINT AND SIGINT YOUTUBE CHANNEL:<br>https://youtube.com/@no-security-clearance-needed?si=B9EcFvCD7EFzStkL<br>5. MY INFORMATIVE, EDUCATIONAL, AND PROTECTIVE FACEBOOK PROFILE:<br>https://www.facebook.com/share/19wn9P7toB/<br>6. MY EDUCATIONAL, INFORMATIVE AND PROTECTIVE WORDPRESS SITE:<br>www.milankjalasan.wordpress.com<br>7. MY BACKUP WORDPRESS WEBSITE:<br>www.kjalasanmilan.wordpress.com<br>8. MY ALERTING WORDPRESS WEBSITE:<br>www.icouldnotfindanydomainname.wordpress.com |

| | |
|---|---|
| Avenue Appia 20, 1211 Geneva 27, Switzerland<br>+41 (22) 791-2111<br><br>Centers for Disease Control and Prevention (CDC)<br>1600 Clifton Rd., Atlanta, GA 30329<br>+1 (800) 232-4636<br><br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, Washington 98052-6399, United States<br>+1 (800) 642-7676<br><br>Apple Corporation<br>One Apple Park Way<br>Cupertino, CA 95014, USA<br>+1 (800) 275-2273<br><br>Google Corporation<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043, USA<br>+1 (866) 246-6453<br><br>The Undercover Staff of the Floridian, Nevadan, Texan, Utah's, Vermont's, Hawaiian, and every other State involved in Deadly Messaging of Socially-Politically Targeted Individuals | |

# PART 1 – INTRODUCTION TO MY CASE

## (A) STATEMENT OF THE CLAIM

### (1) THIS FEDERAL AND INTERNATIONAL CASE IS PROCESSED AGAINST THE CRIMINAL STRUCTURE OF THE GLOBALLY CONNECTED GOVERNMENTAL AND OLIGARCHIC INTELLIGENCE-BASED NETWORK

1. Governmental Entities and Corporations enlisted as Defendants; I am not talking about any specific Member or Leadership of any specific Governmental Administration, Agency, or Corporation, but about any of their Corrupt Segments involved in the

Organized Crime of Socially-Political Engineering based upon Oligarchic type of Operating spanning the periods 1984 - 2009 and 2010 - 2026; are Technically Responsible for my Emotional and Physical Destruction suffered in period of 26 years abroad and 16 Years in the United States (2 in the United States Military Bases in Afghanistan and 14 in America), some of them being directly (through their Operative Activities) while others indirectly (through their Passivity) responsible for causing of my Physical Disability and Collateral Damage resulting with loss of my 1st Wife Radica, Grandmother Natalija, Father Milosav, Mother Slavica, Uncle Sava, Uncle Mihajlo, Auntie Milenija, Auntie Zivana, Relative Ilija, Relative Rada, Relative Blagoja, Relative Mirko, Neighbor Radica, Neighbor Ivan, Neighbor Blazo, Friend Bobi, Friend Grace, Friend Dzingo, Friend Dzinche, and several dozens of other Relatives, Friends, and People I liked or they liked me while I was threatened for them by the Undercover Staff and through the Cyber Means of the Agencies managing their Biochemical Sickening and Timed Killing pursuing either Information Extortion either Intimidation of me, which Criminal Process was supported by the Undercover Activities of the American and Foreign Corporations, Non-Governmental Organizations, and Communities engaged as support to the activities processed against me and every other Victim of Socially-Political Engineering.

Milan Kjalasan

22nd of April 2026th, Wednesday, 09:22 AM

Lanai City, Hawaii, United States

## (B) FAIRNESS STATEMENT

**(2) NO EVERYONE BELONGING TO THE GOVERNMENTAL AND CORPORATE ENTITIES CHARGED IS GUILTY OF THE CRIMES PROSECUTED, BUT THOSE ENGINEERING THE POLITICAL AND SOCIAL LIFE OF THE AMERICAN AND GLOBAL SOCIETY**

1. Nothing from the Criticism expressed by me against the Federal and Local Agencies and their Bilateral Partners applies on the Non-Incriminated members of the American and all Other Nations' Governments, Agencies, Businesses, and Communities do not justifying the Inhumane Ways of Unjust Targeting of the Independent and Peaceful Citizens, Immigrants, and everyone else experiencing what I am explaining as a Misery of the Corrupted Segment of the United States' Agencies and their Bilateral Partners forming the Socially Judgmental Segment of the Career-Based Structure of the American and Foreign Oligarchy I am confronting while it is Strongly Supported by the Corrupt Law Enforcement Agencies and Communities indulging in the Indoctrinated Mass Hysteria

looking for Terrorists in the Pacifists, for Homosexuals in the Heterosexuals, for Pedophiles in the Teachers, and for Rapists in the Gentlemen adoring and Respecting the Women.

Milan Kjalasan

22nd of April 2026th, Wednesday, 09:22 AM

Lanai City, Hawaii, United States

## (C) DEMAND FOR RELIEF

**(3) THE GOVERNMENTS AND CORPORATIONS RESPONSIBLE FOR MY SUFFERING NEED TO UNDERSTAND THE MEANING OF THE TERMS PAIN, SUFFERING, RESPONSIBILITY, AND LIABILITY THROUGH PAYING THE PRICE THAT SHOULD PREVENT ANY FURTHER GOVERNMENTAL MISCONDUCT AND ORGANIZED CRIMINAL OPERATING**

1. I am requesting $1,000,000,000 (one billion dollars) Financial Compensation to be paid to me in TOTAL by everyone responsible, primarily the United States, Macedonian, Montenegrin, Croatian, Serbian, and all other Nations' Governments and Corporations, as Microsoft, Apple, and Google, involved in the Organized Governmental and Oligarchic Crimes I am going to prove on the Federal and International Courts after we accomplish Quality Prerequisite Work that should Encourage the Governmental Entities Implicated or Involved in the Governmental Crimes I am fighting, to step up and testify their involvement and/or abuse, which must be done for the sake of the American Nation and Rest of the World depending from Everyone's Display of Courage and Selflessness needed to be engaged for proving of the National and Global Crimes I am confronting.

Milan Kjalasan

22nd of April 2026th, Wednesday, 09:22 AM

Lanai City, Hawaii, United States

## (D) JURY DEMAND

**(4) THERE IS A STRONG NEED FOR HAVING AN INDEPENDENT JURY AND COMPETENT JUDGE RUNNING MY CASE AGAINST THE ORGANIZED GOVERNMENTAL AND OLIGARCHIC CRIMES CONFRONTED**

1. I am demanding a Jury Trial to be ran by a Competent and Politically Independent Judge that should Unbiasedly Handle this Sophisticated Federal and International Case exposing the Implications and Incriminations of so many Members of all American

Political Sides, as well those of several other Nations attached to this Domestically Organized and Internationally Supported Intelligence-Based Crime managed by the Corrupted Segment of the United States Intelligence and its Domestic and Foreign Partners forming the American and International Oligarchy engineering the COVID-19 and all other National and Global Projects damaging the American and Global Population for the Purpose of these Entities' Financial Enriching.

Milan Kjalasan

22nd of April 2026th, Wednesday, 09:22 AM

Lanai City, Hawaii, United States

# PART 2 – ADDRESSING OF THE ISSUES

## (E) BRIEF INTRODUCTION TO THE ISSUES NEEDING OFFICIAL TESTIFYING

### (5) ADDRESSING THE EVILNESS OF THE CORRUPTED SEGMENTS OF THE AMERICAN AGENCIES AND THEIR LOCAL AND BILATERAL PARTNERS HURTING, DISABLING, AND KILLING THEIR VICTIMS OF SOCIALLY-POLITICAL ENGINEERING WHILE BLAMING OTHERS FOR WHAT THEY (THESE AGENCIES) CAUSED

1. The Corrupted Segment of the American Agencies and their Domestic and Foreign Partners are intentionally Provoking, Blackmailing, Threatening, and Hurting me, and as a consequence caused my Emotional and Physical Suffering I was taking Quietly for an Extremely Long Period of Time, until I ended up Biochemically and Electromagnetically Damaged to extent I could not handle anymore, and as result started Loudly Expressing what I suffered in Silence while taking Legal Responsive Action in the United States Federal Courts in pursuit of Governmental Correction and Change that should make the Corrupted Agencies and their Community Servants pay for what they caused, and stop excusing themselves from their Crimes oppressing, hurting, and damaging me, who is treated and presented to and by them as "Misfit" that "Cannot Socialize" in these by the Agencies Confronted Brainwashed (Indoctrinated, Deceived, and Played) Communities Persistently and Aggressively Persecuting, Ostracizing, and Hurting me and other Innocent People.
2. Through blaming me, their Victim, doing that behind my back while simultaneously dispatching Inconsiderate and Irresponsible Community Supporters to trigger my Frustration and Anger, these Agencies and People serving them are displaying Lack of

Honor and Dignity, thus disgracing the Image of America they made look as a Nation functioning through Governmental Lies, Manipulations, and Violence.

3. Believing that their Egocentric, Narcissistic, Greedy, Deceitful, Capricious, and Inhumane Way of Operating is "Just" and "Protective" for by-them-perceived "Endangered" Community, which represents nothing other than Irrational "Excuse" reflecting their Ill Mind pursuing Justification of their Biochemical Hurting and Murdering of Socially-Politically Targeted People, these Killers of the Freedom and Democracy operating for the Government are seriously endangering the People's Well-Being, Health, and Life.
4. This is why the things must, and they are going to, change, because this is not just a Need for Survival expressed by me in my name and in name of Everyone Else suffering Governmental Crimes with Years, but more than that, a Strong Desire for Restoring of what the Intellectually, Ethically, Emotionally, and Sensually Empty Haters operating in behalf of the United States Government, Agencies, Corporations, and Communities Involved cannot perceive as Crucial for Saving and Improving of the so Damaged Freedom and Democracy they brought to the actual level of Liberal and Conservative Decadence through such Primitivism Downgrading them through Organized Influencing of Irrational Judging of People and Acts that should be Out-of-Scope of Everyone's Judgment.
5. Unfortunately, the Primitivism of the Judgment of the other People's Private and Intimate Matters happens allover the United States, and it is being followed by use of Inhumane Methods of Provoking, Oppressing, Stigmatizing, and Ostracizing of the Most Quality Citizens and Immigrants displaying Independence of Thought, Feeling, and Action they are persistently attacking because of being considered as being Not in Compliance with the Religious and Ideological Subjectivities of those Primitive and Hurtful Employees of the Executive Agencies supporting them in pursuit of Establishment of Modern Dictate.
6. This is something that must be responded and punished through Decisive Action taken by the Federal and International Courts following these Federal and International Charges supported by my Start-Up Testimonies and Initial Material Evidences I delivered to the Federal Court for the Purpose of Ignition of what will be detailed inside the Courtroom, where everything will be Officially Exposed and Documented by the Justice Department.

Milan Kjalasan

5th of January 2026th, Monday, 11:31 AM

Lanai City, Hawaii, United States

**(6) ADDRESSING THE INTELLIGENCE-BASED ABUSE OF THE DEPRAVED LIBERALS AND PRIMITIVE CONSERVATIVES FRONT-LINED BY THE CUNNING SEGMENT OF THE UNITED STATES INTELLIGENCE UTILIZING THESE PEOPLE'S DEPRAVITIES AND PRIMITIVISM FOR THE PURPOSE OF EMOTIONAL AND PHYSICAL HURTING OF THEIR SOCIALLY-POLITICAL TARGETS**

1. Generally speaking (talking about the majority, not about the Rare Exceptions found around), the Undercover Staff operating for the United States Agencies is too Corrupt and Ill Excited (please remember this term; it is typical for the Spoiled, not for the Decent, Segment of the American Population stacked in this Bad Type of Disrespectfully Spoiled Mentality) to be considered as Worthy in any Intelligent Sense, something that is so easy to be noticed in the Democratic (Blue) States of America, in which the most Primitive and Uneducated Drug Addicts, Drunkards, and Smokers are Front-Lined as "Secret Agents" (Irresponsible Provokers) by the Local Partners of the Federal Agencies abusing them for Immoral Purposes while promoting the Opposite (the Law & Order pursued by the Conservatives).
2. From the other Side of the Liberal World, the Engagement of Educated but Disgustingly Spoiled and Ill Excited Liberal Mockers opposing the People they call "Red Necks", which Disrespectful Attribution characterizes these Liberal types of Modern Fascists as Modern Primitives believing that they are better than the aforementioned Staff acting Inconsiderately and Irresponsibly towards those who are assigned to it as "Suspected Criminals" while being Innocent Victims suffering Fabricated Profiling, which is what makes their Targets be victimized in one more layers of Harassment as a Consequence of the so Imperfect International Law Enforcement Information Sharing System of INTERPOL tracking Innocent and Quality People, thus needing Urgent Correction and Improvement for the Purpose of Preventing International Persecution of Innocent People.
3. The Unintelligent, Inexperienced, and Uninformed State of Mind of Everyone Criticized is what displays Highest Level of Incompetence I see as too Self-Destructive for the People of the Nation justifying such Abusive Engagement of Depraved Undercover Amateurs engaged in High-Class National Security and Public Safety Investigations they are exposing on Strong Risk of Suffering Fiasco because of the Unprofessionalism and Misery of those of them making their Victims, especially those possessing Extraordinary Qualities, end up too Emotionally and Physically Damaged after a while, which realization triggers such Open Criticism that must be exposed to the Public Eye, in order everything done Wrongly by the Agencies Incriminated to be Corrected or Changed, especially the Fabricated Attitude of the Domestic and Foreign Agencies constructing Unrealistic Crimes serving Corrupt Political, Social, and/or Cultural agendas, especially those that are Ego-Economic (Self-Enriching).

4. Breaking the United States Constitution, National Laws, and Universal Declaration of Human Rights while fighting for their so Deviated Image Strongly Damaging the Democracy, which they transform into Governmental Dominance while claiming "World's Leadership" (Blackmailing Socially-Political Policing based upon Modern Dictate), the Federal and Local Agencies beholding the People's Bedrooms, Bathrooms, and other suchlike Private and Intimate Spaces believe that they are justified to do that whenever they want to whoever they dislike or like, do not realizing that their Illegal Actions supported by Active Harassment is what actually endangers the National Security and Public Safety they are "pursuing" for Masking of their Money and Power Grab noticeable through their Anti-Democratic Practices.
5. This is exactly why I am so Transparently but Systematically, fighting them in and out of the United States, do not using anything other than Clear Facts and Arguments supporting them, keeping myself far away from application of any form of Violence, which I substitute with Straight Face-to-Face Criticism of Every Member of the Governmental Institutions and Agencies, Non-Governmental Organizations, Corporations, and Communities playing with the People's Feelings and Temper.
6. Obviously, big portion of the American Society, especially the one belonging to the Agencies criticized, lacks the most Basic Understanding of the terms Ethics, Healthy Democracy, Patriotism, and Respect for the Nation, believing that the Socially-Political and Inter-Personal Problems should be resolved through Mockery and Biochemical or any other type of Defamation and Elimination influenced on the Ill Excited Americans and Immigrants partaking in Harassment against other American Citizens and Immigrants pointed to them as "Misfits" by the Agencies Criticized, instead of resolving the Issues through Respectful and Constructive Discussions and such Criticism pursuing the President's, Government's, and Opposition's Improvement, not their Mocking and Physical Elimination leading into Unproductive Hostility Dividing the People.

Milan Kjalasan

6th of March 2026, Friday, 18:06

Lanai City, Hawaii, United States

**(7) ADDRESSING THE INSIDIOUSLY EVIL HURTING OF MY AND OTHER INNOCENT PEOPLE'S CIVIL RIGHTS, HEALTH, AND LIFE DAMAGED BY THE PRIMITIVE SEGMENT OF THE EXECUTIVE BRANCH OF THE GOVERNMENT IN ITS PURSUIT OF ANTI-SEXUAL SOCIETY PURSUED THROUGH ENGINEERING OF TERRORISM, PANDEMICS, AND OTHER TYPES OF INTELLIGENCE-BASED CRIMES SUPPORTING THE AMERICAN AND FOREIGN OLIGARCHY**

1. Insidiously Lying against me behind my back while smiling to my face for the time of making Secret but Fake claims against me, which act of Corruption serves as an Indirect Support to other, far more Intelligent but Evil, Undercover Activities of the Intelligence-Based, Governmental, Non-Governmental, and Business Oligarchy spreading its Sphere of Socially-Political Influence pursuing strengthening of its Strategic Partnership on National and Global Level in pursuit of Ideological Transformation of the Liberal into Fundamentally Conservative Anti-Sexual Society replacing the Healthy (Not only the Unhealthy) Liberal Democracy attacked as an Undesirable System of Middle-Class Ruling, the Undercover Servitude of the American and Foreign Oligarchy Criticized is Technically Achieving this Goal through its Corrupt and Evil Actions targeting and damaging the Private and Intimate Freedoms and such Civil Rights, which results with damaging of the Happiness, Health, and Life of Everyone who is Unrealistically and Unsustainably Presented as Dangerous for the American Children and Women Ironically Suffering that Danger exactly by those who are Hysterically Emphasizing it as imposed on them by the Immigrants, whose Crime Ratio is far bellow the one of the Citizens (please check the statistics).
2. This manipulative Transfer of Guilt to the Immigrants is noticeable through the so many Constructions and Fabrications of Terroristic Events and Hate Crimes managed by this segment of the United States Intelligence "delegating" (influencing) Religious Indoctrination on the Targeted but Primitive Americans and Immigrants lacking this understanding while being additionally, after grasping the Religious Indoctrination inculcated in them, exposed on Intelligence-Based Indoctrinations of Terrorism and Revengeful Radicalization supporting the Socially-Political Engineering I am confronting, knowing that its fabricated products (unfortunately for everyone) are utilized for emphasizing of this Artificially Produced Danger imposed on the Innocent Children and Women Killed through such Oligarchic Intelligence-Based Constructing of Terroristic and Hate Crimes causing the Manipulative Sacrificing I am explaining with years as messaged to me so many times before and after such Governmental Crimes were perpetrated by the Indoctrinated and Radicalized Americans and Immigrants I neutralized in big number through my Intense Writings accessible to so many governments, not only to the American one, falling on what I just explained while criticizing it.
3. As mentioned so many times in the Past, my Reception of the Sensitive Information for which I am talking about results the Governmental Subjecting of me on several Fabricated Investigations attempting Development of Insecurity in me through such

Devastating Intimidation trying to radicalize and involve me in Constructions of Terrorism and Hate Crimes in the United States and abroad in expectation that the injustices I suffered while they were accumulating in me with years were going to lead me into Violent Responding, something I understood and Discretely Rebuked in my Youth far before I Loudly Exposed and Condemned what I identified as an Organized Governmental Crime immediately after I immigrated in the United States, where I alerted about some of the acts of Engineered Crimes of Terrorism, Biochemical Elimination of Targeted People, and Production of Global Pandemics, which Unfortunately happened after no one did anything in regards to the Fact that I was informed about them by the United States Intelligence, same as when I tried to prevent the Global Biochemical Pandemics that pursued, still pursue, the Anti-Sexual Objectives criticized, which became so Obvious through the Mandated Social Distancing and Masking used for Discreet Introduction to the Principles of the Fundamentally Practiced Christian and Muslim Religions characterized with Hiding and Damaging of the People's Beauty and Physical Attraction attacked for the purpose of Lowering of the Sexual Influence coming through such People, especially by those representing Quality Photo Models.

4. This type of Cunning Smuggling of Anti-Sexual Influence is something you can sense through analyzing of some of the Walmart's and Target's in-store Billboards displaying Non-Attractive People (not Photo Models) utilized for the purpose of Insensible Influencing of the Anti-Sexual Agenda influenced by the Federal, Local, and Bilateral Agencies confronted, making such manipulative Anti-Aesthetic Activities reflect the Organized and Internationally Synchronized Anti-Sexual Objectives of the Anti-Democratic Segment of the United States Intelligence operating in and out of America in direction pursuing the aforementioned conversion of this Cunningly Subverted Democracy driven into Anti-Liberal Society spreading Anti-Democratic influences spread in and out of the United States through manipulative abuses of the Irresponsible Liberal Communities Front-Lined by the Agencies performing Witch-Hunting of Completely Innocent and Unjustly Profiled People manipulatively accused with Sexually Related "Crimes".
5. This Miserable way of Operating of the Corrupted Segments of the Executive Branches of the United States Intelligence is what makes this transformation of the American Democracy into Modern Conservative Fascism responding on the Liberal One become more and more Polarized and Dangerous for America and this World, both of them striving either towards Promotion of the Religion (Conservatives) or Sheltering of the Drugs (Liberals), instead of striving towards reaching of Intelligent Improvement of the Social Sciences explaining what the Religion cannot because of being Static, Stubborn, and Judgmental.
6. This is exactly why I was hurt so badly by the Balkan and American Agencies promoting their sick Religions and Drug Sheltering, regardless the God and Drugs they used for their fake Excusing of their Harming, Persecuting, and Killing of Quality People; I am

talking about the Sick Conservatives and Liberals that Biochemically Disabled and Emotionally Damaged me while they were hurting and killing my Family, Relatives, and People I liked and/or they liked me, which is what made me fight them so devotedly, pursuing their defeating on both, on the Federal and International, Courts to which I am appealing for support of my endeavor pursuing changing of the way of how the Advanced Intelligence-Based Crimes and Communications are treated by them, doing that while strongly supporting the raise of the Human Rights while pursuing Improvement of by the Evil and Irresponsible Authorities, Citizens, and Immigrants Damaged Democracy.

Milan Kjalasan

24th of April 2026th, Friday, 10:40 AM

Lanai City, Hawaii, United States

**(8) ADDRESSING THE AGENCIES' OVERLAPPING OF EACH OTHER IN AND OUT OF THE UNITED STATES, AS WELL THEIR SOCIALLY-POLITICAL AND CAREER-BASED OBJECTIVES HAVING COLD-BLOODED NATURE**

1. Being persistently provoked and hurt on Irrational Basis as a result of suffering several Unrealistic Fabricated Investigations constructed against me since my Teenage Days, I am seeing myself as a Targeted Immigrant coming in this country with a Promise of Reception of Quality Life, before realizing the Insidious and Unjust Anti-Sexual and Socially-Political Targeting of me, the person who was, still is, presented as someone who is Dangerous for the American Community thanks to the Unjust Profiling of me made by the Agencies targeting me since far before I received my Job in Afghanistan, from where I immigrated in the United States as a result of what represented mixture of receiving Genuine Support and its Cunning Overlapping managed by the Upper Segment of the United States Intelligence that Secretly Observed and Positively and Negatively, depending from the Situation Caused, affected my Life, as well those of every governmental entity that liked and supported me while being Secretly Beheld and Targeted by the Governmental, Non-Governmental, Corporate, and Communal Primitives Criticized.
2. This is exactly why I am emphasizing the importance of understanding of my CDS (Cargo Document Specialist) Job I got in Afghanistan, where I was Appreciated, Awarded, and Recommended by my Company (DynCorp International) and United States Military, which Commanding, same as the Technical Staff Cooperated, assessed my Performances with Excellence while the Federal Agency overlapping them as my supporters secretly investigated my interactions with them while processing several Fabricated Investigations targeting me, my Family, Relatives, Friends, Neighbors, and me since the period 1984 - 2010.

3. All these Operative Activities reflected on every Interaction I had in Afghanistan, before culminating with the Formation of Relationship between me and Ms. Pamela Lynn Holt, the SAIC (Science Application International Corporation) and UNIT 2 Employee who became my Fiancée while acting as Undercover Agent supporting all those fabricated investigations since before I engaged with her in the FOB (Forward Operating Base) Shindand, Afghanistan, where I noticed her overlapping processed by the United States Intelligence Periodically Referencing Ms. Kristen Nielsen and Ms. Kamala Harris, both of them being pointed to me as my Strong Supporters while me being exposed on Reception of Destructive Intelligence exposing the CDF (Communicating Data Framework) Abuse of some of my Personal Data Secretly Utilized by the Federal Agency responsible for the Construction of the 2013 Boston Marathon Bombing constructed in pursuit and/or referencing of the 1995 Bombing of the 1st Macedonian President.
4. But, the Fact that I was exposed on those Secretly Performed Investigative Activities since before I got my job in Afghanistan is what clarifies the Fact that my Supporters belonging to the United States Government were cunningly overlapped since before I got my job there, which Clarification Discreetly Explains the Motives of the Upper Segment of the United States Intelligence influencing my Deployment to be in the Ex-Soviet (Russian) Military Base Shindand located in the Herat Province next to the Iranian border with Afghanistan, making this act Discreetly Clarify the Officially Partnering but Unofficially Opposing Motives of CIA (Central Intelligence Agency), DHS (Department of Homeland Security), and FBI (Federal Bureau of Investigation) observing my Deployment in Afghanistan via Kuwait in Engineered Manner pursuing Construction and Follow-Up Investigation of the 2013 Boston Marathon Bombing Engineered by CIA with intent of Supporting the already contemplated Russian investigation targeting Mr. Donald Trump through what became clearer for Understanding through my Reception of the Information announcing the arrival of the 2013 Boston Marathon Bombing I tried to Prevent, before explaining it after it happened as an Engineered Project abusing my Personal Data for the purpose of HUMINT and SIGINT Querying of the 1995 Bombing of the 1st Macedonian President, which also utilized the aforementioned Governmental Supporters of mine (Ms. Kristen Nielsen and Ms. Kamala Harris), who were referenced in Intimate-Based Connotation through something I am not going to detail without their Presence, but expose one of the hundreds of other References made by the Federal Agency referencing Private and Intimate Attitudes that cannot be cleared without Genuine Testifying of everyone Affected.
5. For example, the Intimate Use of the "SUNSHINE" Element expressed towards me by a member of the United States Federal Government and Intelligence years ago was what made the "SUNFLOWER" element became by-the-United-States-Intelligence on-the-Ukrainian-Government influenced Symbol of the Ukrainian confrontation with Russia, which was Discretely Assured through the Slogan "Slava Ukraini" used in Parallel, which Translation from Ukrainian meaning "Glory to Ukraine" was provoked to me by the Agency Undermining this Governmental Entity using the "SUNSHINE" element in very

Discreet but Publicly Overwhelming Intimate Manner, which Overlapping culminated with the Timed Death of my Mother Biochemically Killed on 28th of January 2024th in Reference to one of the aforementioned Members of the United States Government and Intelligence Entity queried by this Federal Entity through my Mother's Death provoked through several Overlapping and Undermining Attacks referencing me through the "SUNFLOWER" Art I made in my early childhood as a gift for her for the Mother's Day.

6. All of this was Additionally Supported with what was Referenced in Salt Lake City, Utah by those who supported me there in Ms. Kristen Nielsen's name, especially in Ms. Gail Miller's "Road to Home" Shelter, where Ms. Kristen Nielsen was impersonated through too many Properly Contextualized References, as through the "Female Security" checking our dorm, where I was provided with the Bed Number "7", the number I Identically Received in the Henderson Jail, where I was Discretely Messaged by her through both, through her Official and Undercover DHS (Department of Homeland Security) Staff for the time when she "Investigated" while Discretely Supported me and my Winning of the Unjustly Processed DHS Case against me explained as Parallelly Supported by Ms. Kamala Harris.
7. What I just explained is something I am not going to detail through this writing, but through my provisioning of Official Testifying I am going to give in front of the Federal and International Courts; of course, in front of Ms. Kristen Nielsen, now emphasizing the Importance of Understanding of the HUMINT and SIGINT Element "7", for which I received enough Repeatedly Contextualized References pointing it in Deep Intimate Connotation touching Ms. Kristen Nielsen, me, and another Female Person utilized by her along with another one Impersonating her in parallel, whose Revelation, same as the one pertaining to another such Intimate Situation, is going to Clear the ongoing Governmental or Republican-Democratic Bipartisan "Deal" of Cover-Up placing Ms. Kristen Nielsen and me in Dangerous Situation.
8. This is also something I am going to explain through my Elaborating of the Nature and Timing of the 7th of October HAMAS Attacks on Israel I documented 24 hours before they happened, which was shortly after I was messaged about them through parallel HUMINT and SIGINT means making a Reference to Ms. Kristen Nielsen, thus having a Power of making a Huge Political Impact in and out of the United States, which I am going to prove in parallel to my proving of the Well-Timed Biochemical Killing of my Father perpetrated on 7th of February 2022nd, knowing that it was influenced to the Balkan Intelligence by the Jealous Segment of the United States Intelligence triggering my Responsive Traveling to Russia that 2022nd, shortly after the Russian-Ukrainian War started.
9. After telling you this without exposing anyone's name because of Understandable Reasons, I hope that you are capable to recognize the Internal Targeting and Setting Up of the Socially-Politically Targeted Members of the United States Government, Military, and Intelligence, realizing why I am insisting on Transparent Testifying of what must be

cleared through the Federal Court because of everyone's Safety and Security; the fact that so many Innocent People were Devastated in Cover-Up Manner and out of the United States, especially me and my Family, should be enough for you as a Federal Court to take my case and motivate everyone referred to testify, doing that in hope that Everything is going to be Cleared and make fix this so Self-Destructive Attitude of the Corrupted Segment of the American Intelligence engineering and sacrificing the American Citizens and Immigrants without spearing neither its own Colleagues needing this Awakening and Motivation to Testify, same as every other Governmental Entity operating for any of the Foreign Governments incriminated or implicated in the Engineered Crimes I am Transparently Fighting for more than 12 years.

Milan Kjalasan

24th of April 2026th, Friday, 17:52

Lanai City, Hawaii, United States

**(9) ADDRESSING THE MOTIVES BEHIND THE UNJUST AND CRIMINAL PROVOKING, BLACKMAILING, THREATENING, HURTING, DISABLING, AND PERSECUTING OF ME MANAGED BY THE AGENCIES RESPONSIBLE FOR THE ORGANIZED GOVERNMENTAL CRIMES I AM FIGHTING WITH DECADES**

1. Trying to protect itself not only from my Releasing of what was Disclosed to me through Advanced Intelligence-Based Communications informing about what was going to happen as a Globally Important Socially-Political Event, but more than that, to protect itself from my Releasing of the Explicit Information delivered to me in Macedonia (2010), Afghanistan (2011-2012), and in the United States later (few times in 2012 and 2017) for the purpose of informing me about "Someone's" intention to Personally Visit me in Undisclosed Location while belonging to the United States Intelligence, the Old-Fashioned Segment of the United States Government and Intelligence Aggressively Downplayed and Downgraded me in front of Everyone who accepted and supported me all over the United States and abroad, doing that because of fearing what was Secretly Investigated by one of the Federal Investigative Agencies via its Highly Corrupt and Incompetent Partners found in the Local Agencies and Communities passing Primitive Provokes and Discreet Blackmails that Intensively Pursued, still pursue, either my Exposure of Information that should make me look Guilty for something for which I am the Victim either my Compliance with the Cover-Up of what was, still is, Blackmailed in Secret, which Requesting (Exposure of Information or Compliance with Cover-Up) depended, still depends, from the Political Affiliation (Democratic or Republican) of the Intelligence-Based Entities from which those Extortionate and Cover-Up attempts were, still are, coming in.
2. Since 4th of May 2015th, especially since 6th of January 2016th, these Blackmailing Requests became subject of Deadly Threatening processed against me by the Federal

Agency overlapping my 2nd Wife's Undercover Role since far before I immigrated in the United States, which is what made me end up as a Victim of both, Irrationally Extortionate and such Cover-Up Types of Requests pursuing either Information of Interest either Unrealistic Cover-Up of Ms. Kristen Nielsen's Interaction with me pursued through my Discrediting, something that made the Governmental Entities Responsible, those pursuing Cover-Up of what was investigated by the Agencies pursuing Exposure of what they Secretly Investigated as our Personal Interaction, to Persistently try to frame me with Diagnosing of Inexistent Mental Illness that was attempted to be fabricated in Silence on the base of Projection of Superficial Judgement of my Intelligent but "Crazy Looking" (Witty but Genuine) responses I sometimes gave, still give, from time to time, when handling Frustrating Provokes, Blackmails, and Threats processed by the Insidious Undercover Staff of the Agencies criticized.

3. Technically, such Attempts of Intimidation can be noticed through Concealing of Amateur Cameras in my "Private" and "Intimate" Spaces used for "Civilian" (Engaged) Provisioning of "sudden" (Well-Calculated and Contemplated) but Unrealistic Material Evidences of my "Misbehaving" (Testing of Presence of Surveillance Equipment or Countering of such Undercover Activities) registered in parallel by the Professional Surveillance and Signaling Equipment utilized by the Agencies paralleling without exposing what the amateur ones used for Providing of "Sudden Discovering" are exposing, which in my case is what is more than obviously used by me either for Communicating either for Confronting of what is delivered to me through Passive, Active, and Proactive Surveillance in form of Provokes, Blackmails, Threats, and other forms of Oppression, Harassment, Stigmatization, and Infliction of Emotional and Physical Harm.
4. Believing that I should act as a Governmental Boxing Bag, taking without Intelligently Responding on the Insults and other forms of Unjust Attacks Experienced, the Agencies provoking, hurting, and disabling me and other Innocent People belonging to my Family, Relatives, Friends, Neighbors, and People I liked or they liked me, many of them being Biochemically Killed by them, tried, still trying, to Manipulatively Attack my Peaceful but Witty Responses I gave, still giving them, from time to time while handling what I endure as Emotionally and Physically Hurtful Violence and Injustice that tries to make me respond with Violence on Violence; which, if that would happen, it would build an Artificially Triggered Case against me, something that should "Justify" (Excuse) these Crooked Agencies in their application of Force against me, who is Completely Innocent, Intelligent, and Highly Motivated Immigrant-Victim possessing Wide Set of Intellectual, Ethical, and Physical Qualities devalued through such Downplaying and Downgrading pursuing my Destruction as result of my Refusal to comply with their Corruption.
5. Unfortunately, what is Evilly-Primitively used against me with intent of causing my Unjust Pushdown is something on which most of the Victims of such Secretly Performed Oppression and Hurting are responding either with Suicides either with Hate Crimes or Acts of Terrorism, which is exactly what I am confronting through such Loud Teaching

informing and educating about why the Self-Destructive Responses given by the Weak, Uninformed, and Instable Victims of Governmental Crimes are Devastating for themselves and Everyone else, explaining the Engineered Background of the American Random-Shootings and all others Violent Crimes, doing that while advising the aforementioned Substitution of the Suffered Violence with Witty Responses giving the Point without harming anyone, which is what I do from time to time when being Unjustly Pushed Down by the Agencies pursuing the opposite (the Victim's Responsive Violence).

6. So, the Comforting Statement "Better Crazy than Dead", which was uttered to me by one of the Undercover Staff of the Intelligence-Based entity that tried to explain to me "Someone's" Protecting of me through dispatching one of its Undercover Staff to calm me down after noticing my Loud Frustration from what was attempted to be fabricated against me since many years ago, was what Responsively Caused my Intellectual Confronting of any Attempt of me being presented as Incompetent because of the Excuses I exposed while explaining them as Weak, contrary to the Responses I am giving as Intelligent and Lecturing, which is what makes them being seen as Educational and Humane in same time, do not harming anyone while Practically Explaining and Pragmatically Comparing my Witty Actions with those of the Wrongdoers perpetrating their Evil ones to me.
7. This is the Best way for anyone to understand why those who are exposed on what I suffer as Governmental Injustice are becoming Radicalized, and as a Result of the Injustice Suffered, they are responding either with Impulsive Actions of Frustration either with Revengeful Violence perpetrated against those who are exposed to them as Targets Scapegoated and Sacrificed by the Corrupted Segment of the United States Intelligence and its Local and Bilateral Partners Intentionally Producing Hate Crimes and Terrorism because of their Financial and Career-Based Objectives excused and Well-Covered with their Socially-Political Excuses used for triggering of Governmental Responses on my Countering of what the aforementioned Agencies are constructing for the sake of the Global Projects of the American and Foreign Oligarchy they are Supporting.
8. After Officially Telling you this, which I am doing after Unofficially Providing you with all my Data and Couple of Thousands of Letterhead Pages I wrote for free for you and the American and World's Public I am informing and educating about the Organized Governmental Crimes I am Confronting with Decades, I hope that you are capable to Fact-Check and Properly Connect Everything I exposed as Information explaining the reasons for suffering Extortionate and Cover-Up types of Governmental Crimes resulting the ongoing Anti-Sexual, Anti-Social, and Anti-Democratic Front of the Evilly Conservative Segment of the American Intelligence confronting the Irresponsible Segment of the Liberal Society lacking the Understanding of the Quality People belonging to the Political Center and Stability coming through it, which is where I belong and Loudly Promote as the Only Rational Way of making the Society work for Everyone.

9. What I just explained is something that can be reached only through making Improvements of the Actual Democracy lacking the Sense for both sides of the Political Polarity, which Impatience is Noticeable through the Too-Strict Pursuit of Ordinance by the Right and Too-Unleashed Private and Intimate Freedoms by the Left, something that mandates having a Patience and Tolerance for each other, which requires having an Understanding for the Socially-Political Differences existing between the Conservatives and Liberals, Old and Young, Sexually Open-Minded and Shy, etc., which Unfortunately is not understood by both, by the Republican and Democratic Administrations deeply sunk either into Left either into Right Polarity causing the Modern Conservative or Liberal Fascism coming through them, which I Deeply Studied through my living and visiting of all 50 American States (this is how I developed my Solution, after suffering both those types of Modern Fascism needing new Political Option on the Stage).

Milan Kjalasan

25th of April 2026th, Saturday, 09:56 AM

Lanai City, Hawaii, United States

**(10) ADDRESSING THE GOVERNMENTAL MANIPULATIONS AND PLAYFUL ABUSES OF MY FAMILY AND RELATIVES DEVASTATED BY THE AGENCIES CONSTRUCTING PROPERTY-BASED DAMAGES AND FRAUDS THAT TRY TO PREVENT ME FROM SUING THE GOVERNMENT FOR ITS ENGINEERED AND COLLATERAL CRIMES MESSAGED TO ME**

1. The long-years playing of my Family, Relatives, Friends, Neighbors, and People I like or they like me represents Chronical Crime of the United States Intelligence coordinating its Bilateral, primarily Macedonian, Partners in its Fabricated Activities targeting me since my Teenage Days, something that cannot be proved in any way other than the one requiring Forensic Investigation over every Data that any Agency possess as related to me, in parallel to the one needing Support Provisioning through Official Testifying given under Oath by every Representative of the Institutions validating it with the use of Polygraphs (if necessary), which should finally reveal the Genocidal and Abusive Crimes of the Macedonian and other Balkan Agencies making Montages of Data and Falsification of Documents negatively affecting me and my Family they damage while fooling it through making it suffer too much Collateral Losses and such Devastations managed by the Federal, Local, and Bilateral Agencies installing fake friends everywhere around us.
2. Having no Legal Authority over the Governmental Entities Responsible their Crimes I am fighting, I am doing nothing in this regard other than letting the Uncorrupted Segments of the Federal and International Courts figure out the Truth about all the Crimes suffered, including the last Fabrications made over the Documents pertaining to the

Property I do not own since the period 2021 - 2023, when I transferred it to my son Marko, same as the small amount of money I had ($13,000), before I transferred them to him after descending them through the Death of My Grandmother Natalija Biochemically Killed on 15th of August 2019th by the very same Macedonian Partners of the United States intelligence making persistent Reference to the Long-Years provokes “15” and “Birthday”, which they use in Connotation referencing 15th of August 1989th, Tuesday, a Technical Detail that exposes the Motives behind what I am going to elaborate in front of the Federal and International Courts as Organized Governmental Crime of Modern Socially-Political Genocide pursued through Biochemical Means all over the Globe.

3. What I just said, even though it sounds as unrelated to the Property-Based Fabrications of the American and Macedonian Agencies constructing the HUMINT type of Information Extortion Murder of my Grandmother, which Crime they paralleled with the one of Stealing of her Apartment located in the Best Area of Skopje, the Capital of Macedonia, is something that becomes Well-Understandable to every Agency I informed about the Deadly Threats I Alerted for her after receiving them in Huge Numbers in the United States, Turkey, and Macedonia as HUMINT and SIGINT types of Collateral Threats looking into Ms. Mira Furlan from Zagreb, Croatia, living in Hilo, Hawaii and Los Angeles, California, which becomes Clearer if having Access to Adequate HUMINT and SIGINT Data needing Professional Elaboration to be performed in front of the Federal and International Courts, as the one that should explain the Lahaina’s Arson set on the Hawaiian Island of Maui in reference to Ms. Kristen Nielsen in Connotation pertaining to Ms. Mira Furlan and another Female Person from Hawaii, something for which I alerted before it happened on 9th of August 2023rd.
4. Exactly because of that Alerting of mine, I was responded with the Cover-Up hurting of Ms. Kristen Nielsen perpetrated on 28th of August 2023rd, along with the same day Firing of Me from the Marriott hotel that 28th of August 2023rd followed by the Dual Revengeful and Cover-Up Collateral Killing of Mr. Alexsei Navalny and Mr. Dejan Karanfilovic poisoned on 16th of February 2024th, Biochemical Killing of my Mother dying on 28th of January 2024th in Reference to Ms. Kristen Nielsen, Cover-Up Railway Station Accident in Novi Sad, Serbia killing 15 People on 1st of November 2023rd, Revengeful Blinding and Killing of my Cousin Metodija on 19th of February 2025th, Manipulative Triggering of Arson in the Kocani Nightclub in Macedonia killing 60 People on 16th of March 2025th, Burning of my Father’s Village Brljevo in Montenegro in August 2025th, where his Elementary School was Burned in 2022nd as a Message for his Biochemical Murder perpetrated on 7th of February 2022nd, all of that being followed with the Biochemical Murders of my Uncle Mihajlo and Auntie Milenija Biochemically Killed in Pluzine, Montenegro and Novi Sad, Serbia on 31st of July 2025th and 7th of

October 2025th, and Biochemical Murder of my Auntie Zivana dying in Niksic, Montenegro on 9th of February 2026th in response to my Federal Charges pressed against the United States Government, Intelligence Community, Federal Bureau of Investigation, Department of Homeland Security, and all other American and Foreign Agencies and Oligarchs involved in the Engineered Crimes I am fighting while alerting about them before they happened, in parallel to my exposing of information pertaining to Advanced Intelligence-Based Communications making everything clearer for Comprehension, thus for Official Proving on the Federal and International Courts where all Discoveries are going to take place through Testimonies of Witnesses, Depositions of Statements, Subpoenas of People and Institutions, etc.

5. This is something that makes the Crime of Collateral Killing of my Grandmother and Mother be Crucially Important not only for understanding of the Well-Contemplated Biochemical Killing of Ms. Mira Furlan, who's Death was Sarcastically Threatened to me by my Strongest Supporters in Las Vegas, Nevada after they got their new Boss and Supervision in DHS (Department of Homeland Security) on 10th of April 2019th as a result of Ms. Kristen Nielsen's Resigning from her Leading Position in this Department left by her 4 months before my Grandma's Death and aforementioned Fraudulent Stealing of her $200,000 ($2,000,000 in the United States, if matching it Properly) worthy Apartment repossessed by an Undercover Agent Installed next to her through Governmental Fraud managed exactly by the very same Agencies that are persistently trying to frame me with what they are doing to so many other Helpless Victims because of Fabricated Objectives understandable for the Agencies matching that Apartment Stealing with what Ms. Mira Furlan exposed as Stealing of her Apartment in Zagreb, Croatia; which, along with everything else Received by me as Qualified HUMINT and SIGINT Communications received by me in the United States and Europe as Queries querying Ms. Mira Furlan by DHS (Department of Homeland Security), extends the Federal Jurisdiction pertaining to her Socially-Political Targeting and Abuse to the State of California, or more Specifically, to the Central District of Los Angeles, in addition to the one touching San Francisco via Sergey, the American-Russian Agent living in Moscow, Russia and San Francisco, California while being engaged by DHS (Department of Homeland Security) for staging of the Russian Investigation I Loudly Fought while FBI (Federal Bureau of Investigation) Investigated DHS since far before Ms. Kristen Nielsen became its Director taking the Role of Well-Contemplated Scapegoat I tried to save from her Internal and External Subverting (this is why I sued DHS while she led this Department without she being aware about the Destructive Subversion preying on her).

6. The fact that the Stealing of my Grandmother's Apartment is legally handled by my uncle Dragan, her son, to whom I already provided Notarized Signature through which I authorized him to fight that case without me requesting any kind of Financial

Compensation for it because I am treating it as a Matter of Governmental Crime motivated by Deeper Objectives I am briefing through this writing addressing the aforementioned issues, is what should make you sense where is the Problem, so you may perform Deeper Investigation of his Attorney, Macedonian Agencies abusing him, and his Communications with me making references to Ms. Kristen Nielsen, which I Proactively Handled, still handle, in Properly Performed Investigative Manner pursuing clearing of all Political Schemes destroying couple of Powerful Politicians in and out of the United States, in parallel to the Killing of too many Popular Public Figures, including my 1st wife Radica, while I am enduring every attempt of Governmental Fabricating of Inexistent Crimes against me.

7. Unfortunately, all if this is managed by the Agencies Responsible with intent of Distracting the Court and Everyone else deceived by the Governments and Oligarchs I am suing for the purpose of exposing the Internationally Organized Crime originating from the United States while seriously incriminating several other Countries and Agencies working in their Behalf, especially DHS, thus requiring Ms. Kristen Nielsen's Genuine and Brave Testifying for the purpose of her releasing from the Guilt scapegoated on her by the Corrupted Segments of the American Agencies and their Foreign Partners I am Loudly Confronting, knowing that they are involved in Genocidal Crimes against the Humanity processed through Biochemical Means.
8. The American and International Governmental Connection for which I am talking about, regardless the fact that it strongly involves Ms. Kristen Nielsen as a Member of the United States Government and Intelligence, it should exclude her from any Criminal Responsibility, but only through her provisioning of Official Testimony under Oath, the one that should lead into Identification of the Corrupted Segment of DHS, FBI, and rest of the American intelligence and their Foreign Partners I am suing, which Crimes you may realize through analyzing of Wider Scope of Chronological Data victimizing me, on a first place, then everyone else, on a second, something that requires provisioning of Classified Documents enlisting the Engagement of All Undercover staff involved in Operations linking them with Fabricated Investigations processed against me, in parallel to those exposing the Intelligence-Based Operatives of the Agencies engaged in Field Activities instructed by their Superiors coordinating Strategic Issues touching more than one country belonging to the same Strategic Partnership maintaining and spreading its Sphere of Socially-Political and Cultural Influences.
9. One of those Internationally Partnered Intelligence-Based Activities recognizable by the Fact that the Macedonian Flag Change happened just 2 days after the Bombing of the 1st Macedonian President should give no Rational Sense to anyone do not knowing that the new Macedonian Flag was made by a Family Member of my Grandma's Neighbor visiting us in the days I started driving my Cab "Yellow Flag 101" slightly before that

Bombing, which Identical Copy having my Car Manufacturer (Flag), Model (101), and Color (Yellow) was parked in HUMINT and SIGINT Manner next to the Car Bomb having the same Color (Yellow) and additional Attribution pointing on YPA (Yugoslavian People's Army), Ms. Sanja Nikolic referenced through her Birthday and the Year of 1967 attached to the AMI 8 Car Bomb referencing the Year of 1980 attached to David and/or Peter, both of them, similarly as me, Underage Undercover Agents aged 9 and 16, etc.

10. What I just briefed, along with all other Technicalities set for that Bombing, as the "Mustache Man from Serbia buying that Citroen AMI 8", were queried by Ms. Kristen Nielsen, to whom I pointed the Connection between the Organized Mass Import of the Turkish "Dogan" and "Reno 9" Cars by my Cab Company "Pulsar", both of them being Yellow while the 2nd one having its "Broadway" Variant produced in Turkey, before being imported in Macedonia just 1 Month before the aforementioned Bombing perpetrated in Reference to "Sanja Nikolic, a Beautiful Lady from Serbia", "David, a 9 Years Old Child (as me being Explicitly Informed), both of them being Referenced through the aforementioned Bombing of the 1st Macedonian President Bombed with the use of the car Citroen AMI 8 Car bought in very same time matching the Contracted Import of the Turkish Dogan ("D") and Turkish Variant of the French Reno 9 ("9") used for Formation of one (9 Years old Child named David or Peter) of the several Well-Contextualized CDF (Communicating Data Framework) clarifying the Incoming Bombing as Collateral HUMINT and SIGINT Product having Socially-Political Engineered Nature focused on Serbia, YPA (Yugoslavian People's Army, certain Entities belonging to the Serbian Volunteering Guard (primarily Arkan and Ulemek, etc.), while Politically, which had nothing to do with me Personally, pursued changing of the Macedonian Flag happening exactly 2 days after that Bombing (get the point of the "Flag 101" CDF).

11. Of course, there were much more HUMINT and SIGINT Elements utilized in the Advanced Communications preceding that Bombing, amongst which dominated those specifying the Technicalities pertaining to the type of the Attack chosen against the Macedonian President (Car Bombing and Home Made Explosive); which, like I said before, cannot be figured out as touching MOI (Macedonian Ministry of Interior) if do not having access to my Movements and Reception of Intelligence front-lining couple of MOI Employees and Casual Civilians put in motion by them, amongst everyone else belonging to those Internally and Externally Subversive Processes having Strategic Socially-Political Nature through my Implicating in them Perpetrated in Pursuit of Fabricated Incriminating of me managed with intent to strengthen the aforementioned Strategic Partnership pursued and ran through my Srebreno (Silver), Croatia 1989 Case (get the point of the July 1995 Srebrenica Massacre preceding that October1995 Bombing in less than 3 Months, similarly as the August 1995 Croatian Operation Storm following that 1995 Collateral Massacre in just 2 weeks).

12. Many years later, Considering everything surrounding me and that Investigation Incriminating MOI, Ms. Kristen Nielsen accepted my Old and Repeatedly Suggested 20 Century Suggestion for changing of the Macedonian Name into "North Macedonia", which resulted my responding on such Reminding Query asked by one of her undercover Mexican Staff and Friends of mine, following what other Agent of her used for Friendly Reminding of me on her May 2015 Visiting and Hugging in Las Vegas, Nevada, in parallel to something else pertaining to the period 1997 - 1998, which Discovery Procedure is Necessary to be performed for making a Clear Distinction between the Supportive and Hostile Intelligence-Based Staff interacting me before she became a DHS Director of Mr. Donald Trump's 1st Administration, something that should explain the Motives behind the Main Socially-Political Events that followed Ms. Kristen Nielsen's Targeting needing Transparent Clearing for the Purpose of Discovery of much more than anyone can imagine, which includes the period 1997 - 2001 (i.e. 1997 Luxor Massacre, 1998 Dual Bombing of the American Embassies in Tanzania and Kenya, 1999 Downing of the Invisible Nighthawk F-117, 2000 Bombing of the Cole Boat, 2001 Civil War in Macedonia and 9/11 Attacks following it days later, etc.)
13. The Facts exposed above, which are Small Portion from what was Communicated at that time, should explain to you why I Loudly Requested Protection of Ms. Kristen Nielsen, Ms. Kamala Harris, and all other Governmental and Intelligence-Based Entities, including Ms. Shona Baca from CIA and Ms. Pamela Lynn Holt from SAIC (Science Application International Corporation), knowing that all of them were attached to my 1989 - 1995 Cases while being Persistently Impersonated to me by the Local Partners of the American Federal Agencies that presented them as Protective for me, who Persistently advocates for the People's Wellbeing and Human Rights, contrary to those targeting and scapegoating them because of Engineered Socially-Political Objectives looking into my Grandma's Apartment since the period 1985 - 1986, when it was set as a source of the later use of the Element "9" utilized in the period 1989 - 1995 and 1996 - 2026 by the Corrupted Segment of the Balkan and United States Intelligence for constructing of what was messaged by the Macedonian Side of the American - Macedonian Strategic Partnership as most devastating National and International Events Briefly but Sufficiently explained through some of my Books.

Milan Kjalasan

26th of April 2026th, Sunday, 10:16 AM

Lanai City, Hawaii, United States

**(11) ADDRESSING THE EMOTIONAL, PHYSICAL, BIOCHEMICAL, ELECTROMAGNETIC, AND ALL OTHER TYPES OF ATTACKS I AM SUFFERING AND ENDURING SINCE MY TEENAGE DAYS, ESPECIALLY THOSE FOLLOWING MY IMMIGRATING IN THE UNITED STATES**

1. The use of Biological Methods of provoking and hurting for the purpose of Information Extortion through Duress is what is Primarily Utilized by the Corrupted Segment of the United States intelligence and its Local and Bilateral Partners for Infestations of Insects and Dispatch of Dangerous Animals that can seriously harm, or even kill you, making some of those Psychological and Bodily attacks utilized in aforementioned Information Extortion manner for the purpose of querying or messaging of specific Information, as the one pursued through some of the Biological Provokes and Attacks perpetrated through the use of "Scorpions", "Lizards", "Mosquitos", "Canopies", "Spiders", "Ants", etc., something I documented in few of so many Undocumented Instances of such Provoking and Attacking I am exposing through my Court Exhibits while briefly explaining such evil Practices of Information Extortion practiced by the United States Intelligence and its Local partners excusing their usage of such Evil Methods while applying their Old-Fashioned Brainwashing Theories that try to justify what is Criminally Applied over Unjustly Targeted People accused for Inexistent Terrorism, Murders, Torture, Pedophilia, Raping, and other Serious Crimes that have nothing to do with those Victims Foolishly Judged by the Primitive People engaged as Undercover Staff tasked to provoke them.
2. But, if there is something that is so common for the United States and Balkan Intelligence and their Local and Bilateral Partners found in the Agencies, Businesses, and Communities supporting them in their Fabricated "Investigations", actually Engineered Projects pursuing the Target's Radicalization and Follow-Up type of Responsive Violence leading into Development of Domestic Terrorism, as the one that happened on 1st of October 2017th through the Mandalay Bay shooting "Investigated" by the Agencies partnering those constructing it, is the use of Scabies, Laces, Bed Bugs, and other suchlike Parasites causing Rash allover the body, something I am handling in literally hundreds of instances since my Teenage Days, which includes the period preceding the 1995 Bombing of the 1st Macedonian President, when I was Intentionally Infested with Scabies and Laces couple of times in the months of April and May 1995 by the Agencies Responsible.
3. Insinuating Inexistent "Homosexuality" and "Pedophilia" through dispatch of such People and Montaging of Data (considering the Context and Connotation of the Communications processed in parallel), which is what intensified in the United States in the very same Fashion, especially in Las Vegas, Nevada, where those Biological Attacks were emphasized far above all the Standards of Humanity, is what made me document

one of those instances, which you can find in my Official Exhibits delivered to the Federal Court, when I found my clothing full of Bed Bugs, Small Spiders, and Mites infested in it, now bringing some of those Unpleasant and Hurtful Situations through my Material Evidences represented through the Photos I took at that time, for you to understand my Frustration and Loud Confronting of the Agencies I am taking in front of the Federal and International Courts, where I want to expose and elaborate their way of Evil Operating I concluded as most Miserable and Disgraceful Representation of the Profession of Investigation, Public Safety, and National Security that can be found allover the Globe, thus pursuing Comprehensive Change of the Standards of Intelligence-Based Operating.

4. This is something for which I appealed to the United States Intelligence and Government so many times since 2013th, when I loudly exposed the Sick Motives of the Investigative Agencies pursuing Fake, Unrealistic, and Unsustainable "Confession" from me through Duress that should lead into Fabricated Construction of a Fake Case that should Politically Damage my Supporters in the United States Government sabotaged by those who altered the donations I received by the Local Agencies in their name (do you understand why I need everyone's Testifying).
5. As mentioned above, my Court Exhibits I delivered to the Federal Court expose just few from the so many moments of me suffering Biochemical Attacks perpetrated by the Corrupted Segment of the Local Partners of the Federal Agencies confronted, which I decided to document and disseminate in Sufficient Manner because of my need of securing Material Evidences supporting my Official Exposure and Elaboration of the Governmental Crimes I am prosecuting through the Federal Courts since the very first beginning of 2015th, now having them accumulated for period of 11 years because of me being blocked, thus prevented, to protect myself, other innocent People, America, and the Whole World from what ruins the Humanity as nothing else; I am talking about the Biochemical and Electromagnetic Crimes based upon Political, Economic, Cultural, Social, and Civil Engineering enriching the Corrupted Segment of the American and Foreign Oligarchy and their Corrupt Partners operating for the United States Intelligence and Government legislating what empowers these Cunning Entities on account of the whole World's, including the United States', the Nation Suffering Losses of Quality Public Figures and Collaterally Targeted Individuals accused for variety of Fabricated Reasons used as a Cover-Up of what I am exposing to the Federal Court as a Biochemically Inflicted Harm paralleled with Psychological Attacking pursuing Extortion of False Confession of Inexistent Crime through Duress, which is something that no one is going to get from me through management of Collateral Crimes, as those that killed my Grandfather, 1st Wife, Grandmother, Father, Mother, and so many other members of my Family, Relatives, Friends, Neighbors, and People I liked or they liked me.

6. Everything briefed above as an Evil Method of Psychological Warfare applied over me by the Corrupted Segment of the United States Intelligence and its Local and Bilateral Partners is additionally stressed through Collateral Types of Intelligence-Based Crimes having HUMINT and SIGINT Nature, as those messaging information through Killing of Completely Innocent People looking similar to the Entities representing the Subjects of Direct or Associated Referencing, as when Gabe, the Security Officer securing the Montpelier Transit Center, was Collaterally Stabbed in front of me by Young Psychologically Indoctrinated Individual I stopped from additional stubbing that could kill him, which I prevented after I noticed that Attack resulting the Manipulated but Aggressively Evil State of Mind of the Attacker Negatively Affected by the Corrupted Segment of the United States Intelligence making Threatening Reference to Ms. Kristen Nielsen while Disparaging Ms. Kamala Harris through that Criminal Act.
7. What I just said is something that was easy to be detected through the Impersonating Elements used by the Local Partners of DHS and FBI, before I noticed them once again for the time when that incident was perpetrated, similarly as when Ms. Neda Soltan was Collaterally Killed in Teheran, Iran on 20th of June 2009th, just 2 days before my 1st Wife's Birthday; thus, considering the Contextualization Discovered, I concluded her Collateral Death as such because of her Close Similarity to my 1st Wife, who was Biochemically Sickened few months later, before being Biochemically Killed on 9th of December 2016th, after I was Aggressively provoked with Thousands of Contextualized Elements referencing both of them and the Reason for their Killing.
8. The Exposure on Biochemical and Electromagnetic Attacks for which I said couple of words above is not the only thing that the Agencies confronted are doing to me and other subjects of Unjust Harassment and Torture, but also the Classic Physical Attacks they caused on the Past for no reason, as when I was approached before being Verbally and Physically Attacked by the Macedonian Police in October 1993rd, after which I defended myself and ended up arrested and exposed on Torture through Inconsiderate Beating with Batons, Kicks, and Punches paralleling the Humiliation and other Unpleasant and Hurtful Attacks I endured, before documenting my Injuries several days after being released, doing that while strongly believing that one day everything I suffered was going to be responded by the Justice System on a way that should prosecute the Governmental Crimes I suffered while they were Systematically Ruining my Life in Crooked Support to the Foreign Partners of the Agencies Humiliating and Hurting me allover the World with Unsustainable Excuses avoiding Legal Resolution, which culminated with the Physical Disability I acquired in the United States through Biochemical Means.
9. Disabling me decades after certain Fabricated Investigations were Ignited thanks to my Counter-Responding on the Governmental Crimes perpetrated against me, the United

States Federal Government achieving this Evil Objective through Its Local Partners taking advantage of Everyone's Cowardliness and Ignorance of the 2014 Artificial Leg threats I received, documented, and reported in Las Vegas, Nevada before I disseminated that Data to all Federal and Local Agencies to whom I provided additional Material Evidences exposing the Persistent Threats I received and alerted while no one did anything to protect me, the Corrupted Segment of the United States Intelligence believed that I would Mentally Crash and finally develop Real Mental Illness, not the one they tried to fabricate (this is not going to happen).

Milan Kjalasan

27th of April 2026th, Monday, 20:20

Lanai City, Hawaii, United States

**(12) ADDRESSING THE UNETHICAL WAYS OF OPERATING OF THE FEDERAL "USEFUL IDIOTS" OF THE LOCAL AGENCIES PERFORMING CORRUPT UNDERCOVER TASKS WITHOUT UNDERSTANDING THE DAMAGING EFFECT THEY ARE CAUSING TO THEIR NATION**

1. Before I continue any further, I want to emphasize the Fact that I am not going to tolerate any Governmental Hiding from its own Actions of Supporting or Attacking me, meaning that I am Publicly Exposing some of my Governmental and Civilian Supporters and Attackers not only because I am trying to protect those of them suffering Subversive Sabotaging by their own Colleagues and Fake Friends do not liking their Liking and Supporting of me, but also because I want to have a Clear Account with any of them, which I chose to clarify because I want to deal with Real Men and Women of the American and Foreign Governments having Good or Bad things to say and do in regards to my Federal and International Case, do not wasting my time with partnering Governmental Cowards incapable to Publicly and Explicitly, something I always do, not Publicly and Subliminally, which is what they persistently do, Identify themselves and their Stand towards me and my Situation (Positive or Negative, regardless how they perceive it), knowing that I ended up Disabled while losing Everyone and Everything on my Way of Bringing Honor to the American Government and Nation Deeply Sunk in Weakling type of Ambiguous, Equivocal, and Out-of-Context Expressing of Feelings, Thoughts, and Intentions, instead of expressing them Clearly and Explicitly through exposure of Clear Facts and Arguments Properly Explaining not only the Actual Situation, but more than that, the Overall Attitude of the Overall Situation defining who is Friend and who Enemy while clarifying the Motives behind Everyone's Words and Actions.
2. This is exactly why I am Openly, without accepting the Womanish Games of the Undercover American "Men" Insidiously Preying and Trying to Entrap Genuinely Friendly

People, especially the Inexperienced Immigrants confronting the Corrupted Segment of the Local Authorities and Communities serving the Federal Ones through impersonating their People as belonging to the Democrats whenever my Facts work Unbiasedly against the Republicans, or identifying them as Republicans whenever my Facts work Unbiasedly against the Democrats, which Miserable Instigating Behavior pursuing my Conflicting with any of those two Political Sides is Especially Noticeable all over the Blue (Democratic) States of America, especially in Hawaii and California, which is what makes me Completely Disqualify everything that is Communicated to me by such Insidious Entities, even though I am still registering their Communicating Content for the Purpose of Securing After-The-Facts type of Elaborating and Proving of what is Threatened to me that is going to happen, as when the 2024 Staged Shooting on Mr. Donald Trump in Butler, Pennsylvania; 2024 Canopy Accident in Novi Sad, Serbia; 2025 Arson in Kocani, Macedonia; and many other Domestically Constructed and Internationally Coordinated Intelligence-Based Crimes happened after me being messaged about them in the Highly Corrupt State of Hawaii pending Legal Confronting and Overthrowing of its Incompetent Branches of the Federal Government and their Local Partners I am prosecuting, along with those of all other Blue States of America damaging their Local and State-Based Development while impairing the Federal Functioning of the Technologically Developed but Urbanely and Culturally so Stagnant and Decadent Nation crossed by so many other Countries Properly Treating their People.

3. But, knowing that No Everyone belonging to the Corrupted Agencies confronted has the same mindset as those I am criticizing for their Wrongdoings, I am not placing Everyone in a same Basket, discerning the Federal and Local Staff I consider as Real and Friendly from the one I concluded as a Real Embarrassment for the American Nation and Civilized World having an Opportunity to Witness the Governmental Primitivism and Evilness I am Handing Peacefully-Intelligently while experiencing the Politically Biased and Self-Destructive Attitude and Actions of the Local, State, and Federal Agencies that are Provoking me through Subliminal Expressions referencing things for which I am writing while they are subjected on Aggressive and Intense Downgrading processed in Cover-Up Manner that cannot deceive the Uncorrupted Investigative Staff of the Federal Government verifying the Facts Downplayed by the Corrupted Side, which Verification I support while being Interacted and Queried with what I Publicly Exposed, Explained, and Cleared for the Purpose of Protecting my Collaterally Attacked Family and those that are Subject of the Governmental Cover-Up pursued through Inconsiderate Abuse of Power concentrated against One Person, me, to whom so many Evil Anti-Sexual, Anti-Democratic, and Anti-American things were done, something I am experiencing even in San Francisco, California, the most Liberal City in the United States demonstrating to me what makes the Federal Agencies of America and Community Members serving them be

seen as Decadent and Evil Entities hurting, disabling, and killing their own People Unjustly Targeted by them and their Foreign Partners.

4. This Miserable Provocative Behavior I found in some of the Local Undercover Entities belonging to the San Francisco's Community is what makes me see them as being Worse even than those operating for the States of Nevada and Hawaii, all of them being full of Indescribable Primitives and Drugged Staff exposing the Main Reason explaining the Strategic Subverting of the Liberalism and Democratic Party Undermined by no one other than the Frustrated Conservative Staff of the Local, State, and Federal Agencies leaning more and more towards Mr. Donald Trump and the Republican Party; which Part belonging to the American Intelligence pursues my turning against the Democratic Party because of the Extent of Interpersonal Cooperation and Information Sharing Processed in the Past between me and Ms. Kristen Nielsen, both of us being Unfortunate Victims of the Blowback Effect caused by the Insidious Staff of the Federal and Local Agencies that Sabotaged her through Downplaying me after I Publicly Leaked out the Intelligence received by DHS (Department of Homeland Security), which Fact makes my Presence in San Francisco, California be subjected on Pragmatic Influencing that tries to explain to me why I should support the Republicans, not the Democrats who lack Control over their Worse Liberal Staff engaged in "Useful Idiot" Manner by the Cunning Republicans of the United States Intelligence despising while utilizing them for variety of Self-Destructive Purposes.
5. Definitely, the Undercover Staff Criticized, which matches the one that caused the Initial and Main Damage to me, my Family, Relatives, Friends, Colleagues, Neighbors, and People I like or they like me; I am talking about the Sabotaging (not about the Supportive) Staff of the Local, County, State, and Federal Agencies operating in Las Vegas, Nevada; is the Staff that sabotaged my so Generous Local Supporters Openly Supporting me in Vegas in front of Everyone's Sight, making me considering the Federal Entity Criticized as Responsible for Causing of the Destructive Blowback Effect that led into causing of the Undesired Damage hurting me, Ms. Kristen Nielsen, Ms. Kamala Harris, Mr. Joe Lombardo, and many other Good-Willing Governmental Entities ending up confused from the Conflicting Situation referencing Mr. Kash Patel in Supportive (period January 2015 - November 2017) and later in Very Negative (December 2017 - June 2020) Connotation, which is something I am going to Clear as my Reception of either Informative either Deceitful Referencing of him, clarifying this Unclear State of Interaction not only on the Federal and International Courts, where I am going to do my best to take out from Power every Corrupt Member of the Federal, State, Local, and Foreign Governments subverting their own Colleagues in pursuit of Selfish Career-Based Objectives achieved through Socially-Political Targeting of Especially Chosen Public Figures, but more than that, but also through Interpersonal but Unofficial and Calm

Discussion with Mr. Kash Patel, who same as me should Testify about his Awareness about the Operative Part of the Las Vegas' Team impersonating him in Negative Connotation since December 2017, which is Necessary for Proper Defining of the Source of Sabotage and Blowback Effect caused on me, Ms. Kristen Nielsen, and everyone else around us.

6. This is exactly why I am not blaming anyone in Secret, but Transparently exposing the Facts pertaining to what is communicated and done to me and others, applying this Policy because my Intention is to Clear this Ambiguous Situation paralleled with Instigating and Perpetrating of Persistent Collateral Murders killing my Family, Relatives, Friends, Colleagues, Neighbors, and People I like or they like me, which unfortunately could not prevent the Political Destroying of Ms. Kristen Nielsen (Republican) and Ms. Kamala Harris (Democrat); this is exactly why I am pursuing Official Testifying of everyone involved in Operative Work performed on the Field, trying to Clear Mr. Kash Patel as Innocent or Guilty for all those Collateral Crimes messaged to me in the United States and abroad, something I am pursuing through my and his Testifying on this matter, which must support the Truth while simultaneously recover the aforementioned Governmental Women, not because I like them (which I do), but more than that, because I consider them as capable to fight for the American People, but only if being capable to figure out their Internal and External Playing, instead of being Angry or Disappointed because of my Speaking of the Truth that their Colleagues try to excuse, same as those of them pleasing their Colleagues who set them up, which is something that must be cleared for the Purpose of Defeating the Cunning Federal Entities causing my, and because of that their, Unjust Falling through the aforementioned Blowback Effect resulting the Irrational and Chronical Infliction of Emotional and Physical Violence Directly over me and Indirectly over them (through their Frustration caused by my Exposure of what they do not want to be Exposed), which should never happen if the Federal and Local Entities Responsible would respect the American Constitution, People, and Values of the Democracy they almost brought to the level of Central America, same as the American Infrastructure and Culture praising the Corruption and Violence over the Intelligence, Sense for Organization, and Willingness for Peaceful and Friendly Clearing of the Situation.
7. Personally Suffering and Proactively Handling the Governmental Harassment, Oppression, Stigmatization, Persecution, Hurting, and Suffering of Collateral Damages with years; I am talking about those expressed to me by the Corrupted Segment of the United States Intelligence and its Local, State, Federal, and Foreign Partners supporting the Ruining of my Life and the one of my Family; I am Loudly Appealing for Trying of Official Federal Case without blaming anyone Specific, but pursuing Identification of Liability through Genuine Testifying and Intelligent Cross-Examination of Everyone

Intertwined in the Crimes handled, thus leading Everyone into Peaceful (not Violent) Overthrowing from Power of those working for the Government while inflicting Emotional, Physical, or any other form of Violence, which I do in Pursuit of Stoppage of the raise of the American Corruption and Abuse of Power, on which I am responding with pursuing of Raising of the Income Taxes of every Corporate Partner of the United States Intelligence stacking more and more Billions of Dollars in its own Personal Bank Accounts while doing nothing to fix its own Nation having Old, 3rd World Country, type of Infrastructure full of Awful but so Expensive Old Houses causing the so Recognizable American Homelessness while killing the American Middle Class becoming Homeless shortly after losing its Job or suffering Injury leading into Temporary Unemployment, which is exactly how I ended up Homeless while being exposed on Symbiotic Playing of the United States Intelligence, Microsoft, Google, and several other American and Foreign Entities supporting every of the so Fabricated Investigations targeting me using the Code Names "Towel", "Cup", "Cone", "Napkin", "Shower", or which is even worse, those using the Keywords "Martin", "Superman", "Tiffany", etc.

8. This is why, even though it represents Sporadic Matter when being observed in regards to the Federal Charges I am processing against the Corrupted Segments of the United States Intelligence and every other Domestic and Foreign Entity supporting it, this Addressing of this Issue Strongly Supports my Federal and International Cases through explaining my Intertwining with the United States and Macedonian Governments, Intelligence, and Corporations, as Microsoft and Google, something that must be Factually Exposed, Clearly Explicated, and Deeply Elaborated on the Federal and International Courts for the Purpose of Decisive Stopping of every Incriminated Member of the United States and Foreign Governments, Intelligence Agencies, and Most Powerful Global Corporations Inconsiderately Raising their Financial and Political Power on account of the masses I am trying to help and place on Right Path in this more and more Drugged, Soulless, and Insensitive American Population belonging to the Low and Barely Existing Middle Classes of the American Society suffering what the Corrupted Segment of the United States Intelligence and American Magnates are doing to America and this World through their Foreign Partners killing my Family on Top-Level Capricious Requests following the Threats I am receiving for everyone who gets Biochemically Sickened and Killed.
9. Fully understanding the Long-Term Consequences of Spreading the Drug Legislation and Culture of Mockery allover the United States, which unifies the Worse Sorts of Americans against People as me (Intelligent Immigrants and Citizens trying to explain the Source of the Problem and Consequences coming with it), I am trying to explain why we are Persistently Oppressed and made ask ourselves what makes those who we try to help; I am talking about the United States Government and Communities serving the

Agencies Unjustly Targeting us, Disrespectfully Hurt, Disable, and Unjustly Disgrace us in and out of United States, making me Actualize this Issue in Pursuit of Correction of not only my Situation, but also of the one of every other American Immigrant and Citizen suffering Attacks on its Constitutional Rights by the Governmental Entities diminishing the Constitution.

10. What I just explained points the Roots causing my Suffering triggering Generating of Undesired, Unplanned, and Unexpected Blowback Effects, which Scope and Range Seriously Endangered, still Endangers, the National Security and Governmental Functioning as a Result of the Stubborn Governmental Ignorance of my Strong Pursuit of the Truth and Justice Obstructed by the United States Government, explaining why I was, still am, exposed on Extremely Aggressive and Intense Cover-Up types of Governmental Attacks and Crimes supporting them through the Persistent Infliction of Emotional, Biochemical, and Collateral Harm I am suffering, which is done to me with intent of making me Feel Intimidated as a Result of my Handling of Extreme Amount of Corrupt Local and Bilateral Human and Technical Resources processing and supporting Engineered Constructions and Fabricated Investigations against me, my Family, Relatives, Friends, Colleagues, Neighbors, and People I like or they like me, which includes my Governmental Supporters, especially those who Foolishly Turned their backs on me thanks to their lack of the Intelligence and Mental Strength Needed for Understanding and Handling of what I am dealing with while explaining it Respectfully in Hardest Possible Circumstances and Conditions amplifying my suffering of my Artificially Caused Disability and Homelessness everything explained.
11. Unfortunately, the Cover-Up Confronted, which results nothing other than by the Agencies Responsible Manipulatively Processed Downplaying of me, which as a Consequence triggers the Fear of Embarrassment built in some of my Past Supporters fearing to be Downgraded in Collateral Manner by the Federal Agencies targeting them since far before they were Falsely Convinced (Manipulated) that I was a "Terrorist", "Murder", "Rapist", "Pedophile", and everything Negative that could be Ascribed to an Innocent Person through Nebulous Lies based upon Rudely Disrespectful Decontextualization of Facts and use of Montages, is what made most of my Past Supporters replace their Supportive Attitude they had towards me with the one displaying Ignoring of me as a Result of their merging with the Miserable Mentality of the Agencies and Communities Criticized, instead of allowing Everything Unclear to go Due Legal Process for the Purpose of Defining and Understanding the Insidious Approaching and Playing of me and them managed by the Corrupted Segment of the Federal and Foreign Agencies I am fighting with Decades because of their Well-Calculated Intimate Playing with my Childhood, Youth, and Adult Days Decontextualized and Weaponized against everyone who supports me.

12. Being Initially Influenced to provide Adequate Supporting of me (Public, Professional, Private, and/or Intimate) by the Undercover or Influential Staff and Technologies of the Agencies targeting my Governmental Supporters and me, before being Suddenly, in Especially Timed Socially-Political Moment, being Influenced to turn their backs on me by other Intermediaries of the very same Cunning Agencies playing them while cannot Achieving the very same Effects on me, the Instable Supporters of mine chose to turn their backs on me for Literally no Reason, which made me Publicly Explain to them the things they cannot understand without Transparent Teaching about what they are suffering with years, knowing that some of them are Feeling Unpleasant to face me on the Court while some of them are even Cowardly Spitting on me behind my back; I am talking about those who were Easily Turned against me after Initially Liking me (this Especially Applies on my 2nd Wife; who, after listening the Barbara Streisand's Song "I will Survive", decided to leave me; sorry about this, but the Emotional Instability of the American Undercover Agents is Simply above all Standards of Capacity of being Brainwashed).
13. Shamelessly, despite the Fact that I Officially Reported this Miserable Way of Intelligence-Based Operating typical for the Nowadays Weaklings, not for the Classic Men and Women having Honor and Dignity while performing their Duties with Integrity, I am still exposed on Unjust Degrading of my Personality, Character, Knowledge, Skills, Experience, and Outlook, even after Fearlessly Distributing some of the Photo, Video, Audio, and Electronic Montages I Received and Found (Discovered) within my Stuff, including those having Explicit Sexual Nature while being nothing other than Unrealistic but Very Convincing Montages of me and other People ignored by the Agencies Waiting to utilize them in Given Moment, which is what made me bring some of that Plotted Data in the United States years ago while Reporting the Horrific Governmental Abuse and playing of me and my Family, something that is Crucially Important for understanding of the Criminal Pyramid made of Top-Level Manipulators and Liars targeting not only me, but so many other People I Personally Know, including my and other People's Families, Relatives, Friends, Colleagues, Neighbors, and People who are liked or they liked us, before some of them were Playfully Turned against us.
14. All this Targeting of me and everyone else who I try to protect is amplified with the use of Persistent Provokes supporting the False Accusations processed against me behind my back by the Corrupted Members of the Federal Agencies playing with everyone wherever I go, now playing with San Francisco, California, which Manipulated and Abused Undercover Staff supports the Governmental Crimes I am fighting while explaining some of them as Crimes preying on the People's Good Vibes, especially when they exist between the Governmental Officials and Civilian Members belonging to the

Public and Private Sector while interacting each other on Local, National, and/or Global Level.

15. This is exactly why the Photo, Video, Audio, and Electronic Montages I Reported and Distributed to the FBI (Federal Bureau of Investigation), DHS (Department of Homeland Security), and many other American and International Governmental, Non-Governmental, Corporate, and Communal Entities I informed about what I received and found as plotted on my Hard Drives altered by the Macedonian Agencies in my Absence were Rudely Ignored by the Agencies that tried to Fabricate Inexistent Crimes against me, disregarding my Genuine and Brave Act of exposing the Montages made to Ultimately Destroy me, on which they should respond with Official Clearing of them as Montages, something that should prevent the Members Countries of INTERPOL to Unjustly Bother and Hurt me, which is what made me make INTERPOL become subject of my Federal and International Prosecution, knowing that this International Police Organization contributes in my Unjust Labeling triggering International Harassment, Oppression, Stigmatization, Persecution, Hurting, Disabling, and Suffering of Collateral Damage.
16. But, like I said many times before, the Facts pertaining to Everything that is now Subject of Cover-Up are going to be Exposed on the Federal and International Courts as a Part of my Official Testifying, which is Definitely going to shock you not that much through the Explicitness of what I am going to say there, but with what I am going to elaborate as Contemplated Deadly Orchestration managed by the American and Foreign Agencies Responsible for my and other People's Suffering, something that is going to cause Total Professional Disaster in Every Member of the United States Intelligence and Government Falsely Claiming that I am a Mentally Ill Junkie who came in the United States through "Marriage Fraud" caused on my Initiative, which is Totally Opposite from the Truth, which is that I was Literally Begged by my American Fiancée through her Tears crying for me to come in America, something that makes me promise Professional Disaster to Everyone who Foolishly attacks me while being incapable to answer this Simple Question clarifying ahead of time who is going to be the Winner:

"WHY I WAS SPONSORED WITH PROVISIONING OF SEX, MONEY, EXPENSIVE GIFTS, AND EXOTIC VACATIONS, BEFORE BEING OFFERED TO COME IN THE UNITED STATES, IF DHS (DEPARTMENT OF HOMELAND SECURITY) RAN BY MS. KRISTEN NIELSEN LATER, WHO PERSONALLY VISITED AND HUGGED ME AT MY WORKPLACE IN LAS VEGAS, TRULY "BELIEVED" THAT I WAS A "BAD" GUY, AND WHY MS. KAMALA HARRIS, WHO RAN MR. JOE BIDEN'S ADMINISTRATION LATER, FIERCELLY CONFRONTED HER AFTER I WAS TRANSFERRED IN A DHS JAIL AFTER BEING UNJUSTLY ARRESTED AND PLACED IN THE LOCAL LAS VEGAS JAIL, IF SHE DID NOT KNOW THAT I WAS A

GOOD GUY REMINDED BY MS. KRISTEN NIELSEN'S UNDERCOVER STAFF ABOUT CERTAIN INTIMATE-BASED MATTERS TOUCHING THE PERIOD 1998 - 2015?"

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(13) ADDRESSING THE GOVERNMENTAL LACK OF UNDERSTANDING PERTAINING TO THE KNOWLEDGE RELATED TO THE STRATEGIC PARTNERSHIP ESTABLISHED AND MAINTAINED BETWEEN TWO OR MORE OFFICIALLY HOSTILE BUT UNOFFICIALLY FRIENDLY FOREIGN AGENCIES PARTNERING EACH OTHER BEHIND THEIR GOVERNMENTS' BACKS**

1. The things for which I talked above have Immeasurable Retrospective Value, explaining not only the Playful Abuse of my 2nd Wife by the Agency making her take her Undercover Wife's Role, which she took more as an Adventure than as a Serious Professional Task, but also the Real Reasons for the Cunning Targeting and Scapegoating of Ms. Kristen Nielsen, which I observed from far Higher Perspective, compared to the one observed by her and everyone else around her, who's (Ms. Kristen Nielsen's)!Scapegoating I Tried to Prevent, similarly as the one that was going to Ultimately Destroy Ms. Kamala Harris if I did not expose what was messaged to me behind her back by the Agencies targeting her in the United States, Europe, and Eurasia (please make some Intelligent Research in America and everywhere around the Globe).
2. But, if analyzing all of this from Higher Retrospective Perspective of Socially-Political Point of View while including Related Intelligence shared in Europe and in the United States between the American and Foreign Agencies partnering each other while running several Fabricated "Investigations" against me, you may realize why I was repeatedly explained by them about why CIA (Central Intelligence Agency) Contemplated the Assassination of the 35th American President, Mr. John F Kennedy, because of his Secret Intimate Affair with Ms. Marilyn Monroe, the Swedish Hollywood Actress Intertwined with him by CIA for the purpose of "Excusing" his Physical Elimination Engineered with Compliance with at that time Needed Suppression of all Communistic Political Movements taking place in the United States, which was what made Mr. Harvey Lee Oswald, the Sympathizer of Russia, be chosen for Intelligence-Based Indoctrination, Radicalization, and Entrapping type of Scapegoating supported not only by the Intentionally Defected Security Protocol of the President's (Mr. John F Kennedy's) Visitation of Dallas, Texas, but also by Qualified HUMINT Messaging announcing his Incoming Assassination n Forth Worth, Texas (please consult Qualified Intelligence Staff, and Discover the Facts for which I am talking about).

3. While performing your Retrospective Investigation of the Assassination of Mr. John F Kennedy, you may find several Qualified Technical Details displaying the Active Governmental Use of Intelligence-Based Concepts as Subliminal Messaging and CDF (Communicating Data Framework) for messaging of his Incoming Assassination, which were Repeatedly Pointed to me for such long period of time, but far after that Crime was Perpetrated (I am born decade after he was Assassinated), which Fragments of Sharing of such Informative Communication you may find everywhere in Europe, from which the most convincing is the one you may grasp through analyzing the Work of the British Intelligence setting Ms. Vicky Harvey as a Wife of my Brother Ivan after the Macedonian Intelligence emphasized what the Russian Intelligence pointed to Mr. Barack Obama, the 44th United States President, on his Visiting of his Russian Colleague, Mr. Vladimir Putin, the Russian President, on the Morning Breakfast emphasizing the Communications I am explaining as cleared to me so many times in Europe and in the United States.
4. For your Understanding, such Sensitive Technicalities are shared with the Foreign Intelligence as a Part of the Adequate Strategic Partnership Maintained Mutually for the Purpose of Strengthening of the Bidirectional Trust and Cooperation, which in this case was maintained between the American, Balkan, and Russian Intelligence, the second one explaining to me the same thing used for "Excusing" of the Bombing of the 1st Macedonian President, who was Privately but not Sexually-Intimately placed in Flirting Situation with one Popular Macedonian Public Figure known to the Macedonian Intelligence, CIA, and me because of the Reasons Explained, but Definitely not to the Media and Public ignoring what I am Strongly Emphasizing as a Main Reason for the Socially-Political targeting of many Popular American and Foreign Politicians, Public Figures, and Casual but Influential Civilians mingled with each other on a Way that Should uplift their Social Positions at the Beginning, before Destroying them later, which is what triggered my Alerting whenever such Contemplations were pointed to me.
5. This is why, while trying to understand what they could not without my exposure of Information, Knowledge, and Experience, as the one I just briefed, no one other than the Upper Segment of the United States Intelligence could understand the Advanced Communications pointing what was going to happen and why as Incoming Socially-Political Project of such Engineering, on which I responded with Discreet Alerting about what I considered as Destructive, after which I ended up punished with being exposed on Parallel and Fully Fabricated Investigating of me and my Alerts, which was something I could Easily Recognize through analyzing of the HUMINT Queries I received in regards to some of the Socially-Political Projects communicated before taking place in the periods 1988 - 1990, 1991 - 1995, 1996 - 1998, 1999 - 2001, 2002 - 2006, 2007 - 2010, 2011 - 2012, 2013 - 2015, 2016 - 2018, 2019 - 2020, and 2021 - 2023, after which there

was a Strong Disconnect, especially since 28th of August 2023rd, the Day when I was Unexpectedly and Unjustly Fired from the Marriott Hotel in Unstated Excuse to Ms. Kristen Nielsen's Visitation of the Scripps Hospital happening day in San, Diego, California without my Awareness, something that was Clarified by me two Years later after my Reception of Thousands of Discreet Messages referencing her, which I verified on 10th of September 2025th, when I proved the Connection Explained while Strongly Considering the Use of ACP (Address Confidentially Program) matched with the "Pizza" Element attached to Ms. Kristen Nielsen and me (please check the Appropriate Facts).

6. While explaining the Connection between the Retrospective and Actual Things touching Ms. Kristen Nielsen, Ms. Kamala Harris, and me, please consider the Fact that I handled Qualified HUMINT and SIGINT Communications utilized by the Agencies Involved because of their sharing of Socially-Political Objectives for the Purpose of their Fabricated "Investigating" of me, which Interpretation was made Effective through the Chronological Contextualization of what was Queried by Kristina (Turkey), Beitula (Turkey), Rizvan (Romania), Evelyn (Kenya), Martin (Bosnia), Kristian (Hungary), Nikola (Macedonia), Muhammad (India), John (Kenya), Joseph (South Africa), Francisco (America), Maya (Bosnia), Tanja (Macedonia), Sevda (Bosnia), and several other DynCorp Colleagues and friends of mine making an Investigative and Intimate Referencing to Ms. Kristen Nielsen, which is Crucially Important for understanding of her Internal Targeting alerted by me Explicitly (April 2018) the moment it became too Dangerous to be Alerted in Secret (May 2015).

7. The Targeting for which I am talking about is something that was Clarified to me Uncountable Number of Times, which reflected what I concluded long time ago as a Socially-Political Engineering Managed by the Corrupted Segments of the United States and Foreign Intelligence pursuing Initial Mingling and Timed Distancing between my Supporters and me, which resulted with the Initial Intellectual, Emotional, and Physical Uplifting of me (at that time I was presented to them as Strong and Smart), before all of that was Suddenly Switched into Intellectual, Emotional, and Physical Downplaying of me (now I am presented to them as Disabled, Old, and "Dumb"), something I also witnessed in Opposite Direction, when some of my Past Supporters' Intellectual, Emotional, and Physical Qualities were Initially Emphasized to me as Quality (at that time they were presented to me as Smart and Beautiful), before being Downplayed Later because of Exactly Same Motives (they are now presented to me as "Dumb" and "Ugly"), which pursued, especially in this so Decisive Moment defining who is going to be a Winner, our Separation and Distancing contemplated by the Arrogant Agencies designing the People's Interactions and Relationships for their Professional Needs through such Brainwashing that never worked on me while Unfortunately Worked over

Everyone Else belonging to my Past Public , Professional, Private, and Intimate Relationships.

8. What I just explained can be Easily Proved, but only through Genuine Testifying of any of the aforementioned People partaking or being utilized in Undercover Activities, or which is even better, through Genuine Testifying of Ms. Kristen Nielsen and Ms. Kamala Harris, who can Positively Change the Image of the Democracy and Course of the History, but only if being Brave Enough to Speak the Truth about their Real Feelings and Thoughts without Fearing anyone's "Moral" Judgement for what was Disclosed to me in the period 2010 - 2013 by the United States Intelligence-Based Entity affecting the 2015 Miss Universe Winner through Staging of the Columbian - Philippines Winner Change Error, which Objectives are Unknown to anyone other than me, Ms. Kristen Nielsen, and the Upper Segment of the United States Intelligence because of the HUMINT Querying Processed through that Moment of Organizer's "Error" managed by CIA.
9. Unfortunately, this Truth and Knowledge I just Briefed to you, especially my Genuine Endeavor to Expose all the Technical Details needed for Winning of my Federal and International Cases, were Irrationally Twisted by the Incompetent and Corrupt Segments of the Federal, Local, and Foreign Agencies pursuing Cover-Up of their Mingle-And-Destroy types of Socially-Political Subversions; this is exactly why they are trying to present me that whenever I go in Phoenix, Arizona and Houston, Texas, I go there because I am "Stalking" Ms. Tiffany Jo Allen, that whenever I go in Florida, I go there because I am "Stalking" Ms. Pamela Lynn Holt, that whenever I go in Los Angeles, California, I go there because I am "Stalking" Ms. Mira Furlan, that whenever I go to San Diego, California, I go there because I am "Stalking" Ms. Kristen Nielsen, that whenever I go in Pahoa, Hawaii, I go there because I am "Stalking" Ms. Mira Furlan's Family, that whenever I go in Volcano, Hawaii, I am going there because I am "Stalking" another Female Person from the United States Military serving in Afghanistan and Germany, provoking all those Untruthful Things while Additionally Irritating me through saying that I came in the United States through Atlanta, Georgia because I wanted to "Stalk" Ms. Crystal Weller, similarly as what was provoked when I visited Washington DC and Seattle, Washington, where I was Provoked with things that tried to present me that I went there because I wanted to "Stalk" Ms. Emily, and so on.
10. Shortly, wherever I go in any of the American States, I am Manipulatively Presented by the Incompetent and Corrupt Segments of the Federal and Local Agencies as someone "Stalking" someone there, instead as someone who goes there to talk to the Official Authorities and resolve the Crimes of the Agencies referencing the People mentioned while Constructing Socially-Political Destructions based upon their supporting of the Adequate Fabricated "Investigations" processed against me; what a Misery of Stupidity

and Fabrication by the Agencies and Undercover Staff provoking these Unrealistic Things to me!?

11. But, do you know that the Truth is Totally Opposite, and that I am the one who was Approached by all these Women, with exception of Ms. Tiffany Jo Allen, to whom I offered my Facebook Friendship on 12th of February 2010th in response to the Qualified HUMINT and SIGINT Information Received through Governmental Cyber-Abuse of her Identity paralleled with the Intense Referencing of Ms. Kristen Nielsen, something I Instantly Documented for the Purpose of Proving the American - Balkan Intelligence-Based Channel linking Hundreds of American and Balkan Governmental, Non-Governmental, Corporate, and Civilian Entities into the Strategic Partnership resulting with Subversion of the Macedonian Government, Prime Minister, Minister of Interior, and Minister of Communications, while simultaneously preserving Additional Material Evidences proving the Targeting of Ms. Kristen Nielsen as made in Impersonation of Ms. Tiffany Jo Allen, something that should alert her and her Family, especially Ms. Kristen Nielsen and Ms. Kamala Harris, who should be the First Ones who should respond on my Endeavor pursuing Clearing of their Abuse.
12. While handling these Irrational and Criminal Activities Unjustly Hurting me, my Family, Relatives, Friends, People I like or they like me; and, as you may conclude, the Governmental Entities I am trying to awake and motivate to Testify for what should clear this Organized Intelligence-Based Crime taking advantage from Everyone's Fear to be Real and say the Truth pertaining to its own Feelings and Actions expressed to me by some of the aforementioned Women in the Past, including those for whom I rarely talk about (some of them are not even mentioned), I am Persistently Emphasizing the Fact that what changed Everyone's Attitude towards me has roots in what the Agencies downplaying me Today did for Initial Uplifting of me in the Past, which they did with intent to mingle me with who they wanted to Subvert, before Suddenly, in Especially Chosen Socially-Political Moment, Insidiously Destroy all of us through Firstly Destroying me through Spreading what they prepared as Fabricated Content years ago, before destroying my Supporters later, knowing that they Loudly and Proudly Supported me, before being faced with the Fabricated Downplaying explained as pursuing their turning of back to me (is not such Playing Miserable!?)
13. This is Exactly how Mr. Kash Patel, the Actual FBI (Federal Bureau of Investigation) Director, built his Path of Trust and Loyalty towards Mr. Donald Trump, the Actual United States President, achieving this Goal after making him fire those who Genuinely Stood for him, as Ms. Kristen Nielsen, the 1st Director of Mr. Donald Trump's Administration, Ms. Gina Haspel, the 2nd CIA Director of his Administration, and me, the Victim of the Fabricated "Chicago" (Russian) and Tiffany Jo Allen "Investigations", which is what made him become Owner (Influencer) of the Intelligence-Based Judgment of the

United States President; I am talking about Mr. Kash Patel weakening everyone's Position I am trying to Restore through the Federal Court.

14. This is why I am appealing to the Federal Court of the Northern District of California not to repeat the Mistakes made by the Nevadan and Hawaiian Federal Courts dismissing my Federal Cases while being provided with Initial Startup Material Evidences exposing the Truth Not Officially Registered by the Court, Strongly Advising them not to accept anyone's Bribery and other Forms of Corruption, which is to be Expected and Responded with Instant Arrest if happens, knowing that I am suing the Most Powerful Entities in America and this World, who are Willingly or Unwillingly Intertwined in Deadly Crimes, something that must be Cleared for no Innocent Person to be Judged by anyone.
15. This is exactly why I am neither blaming nor judging neither Mr. Donald Trump nor Mr. Kash Patel, but exposing the Facts in pursuit of their Testifying, which should bring understanding of who is Guilty and who Innocent for the Organized Governmental Crimes I am fighting, which has nothing to do with my Assessment of the People's Character, Personality, and Actions, as long they are not hurtful, something that makes me requiring Responsibility from FBI, knowing that I, same as my Mother and Father, am exposed on Persistent Biochemical Attacking through the use of Diuretics, something that was ignited in July 2024th, Immediately after I criticized the Advanced Communications announcing at that time Incoming 13th of July 2024th Shooting on Mr. Donald Trump.
16. In same time, I am appealing to all Uncorrupted Federal and Local Agencies to track all Communications on Relation Government - Court - Corporate Leadership, which must be processed 24/7 for the Purpose of preventing any form of Corruption to take place, which Unfortunately Happens in certain areas in San Francisco, where I am Provoked by the Undercover Staff of the Local Agencies making Negative Reference to my Intimacy while sometimes extending it to Ms. Tiffany Jo Allen, who is Generally Impersonated Friendly, but not everywhere I go, similarly as Ms. Kristen Nielsen, who is also Impersonated as Friendly in some while Unfriendly in other American States, making the Jurisdiction Factor be treated by me as Important when handling the Organized Governmental Crimes in the United States.
17. Unfortunately, the lack of Courage for Stepping Out from the Compliance with what represents Fake Governmental Presentation of Facts is what is making me ask myself who really Understands and Cares for the American and Global Democracy I see as Highly Distorted through the Legislation of the Drugs and Homosexual Marriages taken as Normal by the American Authorities and Communities, but not the Heterosexual Pornography, which is Unintelligently considered as Sinful, instead of Sexually Stimulating; this is exactly why I am fighting these so Disoriented Agencies for so long,

which Illogicality you can verify all over the United States, especially in the most Blue and Drugged Rainbow States needing Urgent Reformulation of the Democratic Standards I Briefly Explained; of course, in Strong Consideration of Everyone's Human Rights.

18. Summarily Speaking, the Public Indecency, Mockery, Uncleanness, and Violence, not the Private and Intimate Rights judging the People's Intimate Choices, should be Judged, while the Culture and Respectful Behavior should be Promoted, all of that for the sake of Improving of the so Self-Destructive American Democracy ruined in these so Drugged Rainbow States I am trying to make better in any sense and regard through Promotion of the Intelligence, Human Rights, and Freedom, but only if all of that is utilized in Respect to the Public Decency and Culture needed by the Quality People knowing what should be Public, what Professional, what Private, and what Intimate, something that no one should touch.

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(14) ADDRESSING MY DYNCORP'S CDS (CARGO DOCUMENTS SPECIALIST) JOB ROLE I PERFORMED IN THE PERIOD 2010 - 2012 IN THE FOB (FORWARD OPERATING BASE) SHINDAND IN AFGHANISTAN NEXT TO ITS BORDER WITH IRAN**

1. I, Milan Kjalasan, the Plaintiff of this Federal and International Criminal Case processed against the Corrupted Segments of the United States' and several other Nations' Governments, Non-Governmental Organizations, Corporations, and Civilians Implicated and/or Incriminated in Serious Crimes against the United States, Global World's Community, Democracy, and Humanity, am by the U.S. Military and DynCorp International Highly Awarded, Recommended, and Promoted Cargo Documents Specialist (CDS) engaged in the FOB (Forward Operating Base) Shindand in Afghanistan, the U.S. Military Base built upon the ruins of the ex-Soviet (USSR) Military Base located next to the Iranian Border, which Fact is Crucially Important for understanding of my Job Orientation and Deployment set by my Company (DynCorp International) in December 2010, which I fulfilled in the period 2010 - 2012.
2. Shockingly for everyone who knew and recognized my Professional and Personal Skills and Performances I displayed in Afghanistan, before being awarded by DynCorp International and U.S. Military, I was Suddenly, after being set for fight that never happened, but was Staged in Excuse for my leaking of the Intelligence Received and used for Prevention of several Destructive Projects engineered by the Upper Segment of the United States Intelligence, Set-Up and Unjustly Fired from DynCorp International,

before being brought in the United States as a Part of a Covert Operation intertwining SAIC (Science Application International Corporation) from San Diego, California via its Employee, Ms. Pamela Lynn Holt, a Satellite Image Analyzer contracted by the United States Intelligence as an Undercover Agent established as an Interface between me and DHS (Department of Homeland Security), the Agency managing my Immigrating in the United States in Overlapped Manner managed by CIA (Central Intelligence Agency) in Partnership with FBI (Federal Bureau of Investigation), something that cannot be cleared without Extended Official Testifying including everyone, primarily DHS, CIA, FBI, and the Undercover Intelligence Staff operating in behalf of the U.S. Military and other American and Foreign Governmental, Non-Governmental, Corporate, and Civilian Entities.

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(15) ADDRESSING THE "MINGLE & DESTROY" TYPES OF MANIPULATIVE PLAYING PURSUING SOCIALLY-POLITICAL SUBVERTING OF TARGETED POLITICIANS, PUBLIC FIGURES, AND CIVILIANS MINGLED WITH EACH OTHER**

1. Everything I addressed above as Unethical Way of Operating of the Federal, State, Local, and Foreign Agencies partnering each other in Engineering of Progressive and Destructive Socially-Political Projects Uplifting and Destroying especially chosen Politicians, Public Figures, and Casual Civilians, some of them being Lucky to become Positive Public Examples (Raw Models) while others Condemned to be referred by the Media and Masses as "Misfits", "Scandalous People", or Bad Examples, is what made all the Engineered Events for which I wrote in the Past as being messaged to me before I alerted about their Arrival be Perpetrated, before I ended up Harassed, Oppressed, Stigmatized, Persecuted, Hurt, Disabled, and exposed on Suffering of Huge Collateral Damage because of such "Betraying" of the American Intelligence killing its own People because of Financially Engineered Objectives enriching the American Oligarchy while being Excused and Indoctrinated with the Socially-Political Ones accepted by the Uninvolved Entities justifying them without getting any Extra Penny.
2. So, did my Alerting about the Incoming Killing of the American and other Nations' People represented Betrayal of the United States Intelligence, which Staff provided me with a Beautiful Wife, Lot of Sex with her, Money received for Doing Nothing, Visiting of Exotic Greek Islands, and many other Pleasurable Things, or it represented Sign of my Incorruptibility and Integrity making "Someone's" Frustration caused because of that act of mine saving the American and other Nations' Lives represent Manipulative Accusation or Misconception of Betrayal!?

3. Did their Fake Homosexual and Pedophilic Stories pushed against me behind my back make any Rational Sense, knowing that the Upper Segment of the United States Intelligence managed my Importing in the United States through managing my Instant Macedonian- American Marriage while bypassing all Security Checkpoints, doing that while Insensibly for Anyone Setting Up on Failure Ms. Kristen Nielsen and Ms. Kamala Harris, at that time Powerful Governmental Women who Discretely Supported me, whose Undercover Impersonators used by the Agencies utilizing them should Appreciate what I did for these two Unaware-for-their-Scapegoating Women, something I did in order to save their Lives, knowing that they were pointed to me as subjects of Degradation and Killed following their accomplishing of their Role managed in Overlapping Manner by the Upper Segment of the United States Intelligence doing the very same things decades ago, when it managed the 9/11 Attacks Non-Understandable for anyone for a long time, until I started explaining them on a way that was not desired by the Agencies and Oligarchy treating America as their Private Company.
4. What I just explained is what Actually made me be Spat by the American Government and Deceived Community Members Provoking while Marginalizing me to the Extreme, doing that while Subliminally Mocking me using Contextualized set of Provocative Keywords tasked to them by the Local Offices of the Federal Agencies that tried to bring and break me in the United States with Assistance of their Foreign Partners, hoping that I was going to buy their Corruption, which they tried to develop in me through Enticingly Abusive Playing of me and my Past Supporters, primarily Ms. Kristen Nielsen and Ms. Kamala Harris, who they were Secretly Overlapping since the Last Century, Initially Targeting Ms. Kristen Nielsen, before attacking Ms. Kamala Harris and several other Republicans and Democrats after destroying Ms. Kristen Nielsen Politically while placing everyone else in Interpersonal Conflicts for the Purpose of Weakening the Support I Received by them, which ending finalized through the Secret Attacking of Ms. Kamala Harris I Discretely Documented for the Purpose of Countering every Federal and Foreign Agency subverting them.
5. When I said Last Century while referring the Support Received, which results Delicate Processes of Socially-Political Engineering managed by the Upper Segments of the United States Intelligence and its Balkan Partners abusing their Corporate and Communal Partners, you need to be informed about how me and my Family were affected by them, which should explain to you much more than you can grasp without knowing anything about my Pathway of Immigrating in the United States, which was Technically Initiated by the United States Intelligence via its Political, Corporate , and NGO (Non-Governmental Organizations) Partners influenced to support what letter became a Second Phase of the Already Contemplated Downplaying pursuing Subverting

of my Macedonian and American Supporters belonging to the Conservative Government.

6. Having all the Elements of Political Subversion, my Case Realistically Exposes the Organized Process of Subverting of the Targeted Politicians, Public Figures, and Influential Civilians mingled with each other, especially those of them Close having Close Interactions while belonging to the Politics and Show Business Industry.
7. On top of that, the National Security Investigations, which have Priority in the Process of Socially-Political Engineering of Interpersonal Interactions established between the Agencies and their Subjects of Operating, sometimes crosses the barriers existing between the Top-Level Politicians and everyone else, which is exactly what made Ms. Kristen Nielsen and Ms. Kamala Harris be Intertwined with me not by my Initiative, but by their own, which resulted the Influential Activities of the Upper Segment of the United States Intelligence managing their Professional Pathway while utilizing any of the Compatibilities Discovered for the Purpose of bringing me closer to the American Operative Network because of things that are Professional, as well Personal, which I am definitely not going to discuss with you and anyone else, except telling you that I was not imported in the United States without a Good Reason, and that my Son did not became Famous without "Anyone's" Intervention used for the Purpose of managing the Well-Contemplated Pathway of my bringing in the United States.
8. The Fact that my Son, who achieved World's Fame on Age of 7, was Intentionally Uplifted by the United States and Macedonian Intelligence because of his Extreme Intellectual, Communicating, and Aesthetic Qualities he demonstrated and displayed as being far above Everyone of his Age, before being Insidiously Downplayed in Secret on Age of 9 by the Utilitarian Segment of the United States and Macedonian Intelligence targeting both, Ms. Kamala Harris and Ms. Kristen Nielsen, while their Corporate Partners tried to Play "Father" of my Son because of being Jealous on me who made him, along with his Mother (my 1st Wife) become Successful and Famous, which Jealous Targeting of all of us was Confirmed to me by a Friendly Undercover Agent who explained all of this to my 1st Wife, who started Crying in front of me, do not believing that Powerful and Rich People can be so Jealous on a Small but Publicly Successful Kid age 9 (do you got it!?)
9. This is why the Socially-Political, not Simply Political, Scapegoating of my Son, which was Contemplated by the Social Democratic Members of the Macedonian Intelligence Intentionally placing him in Situation that should make his Parents, his mother and me (his Father) be Subjected of Fabricated Attacks pursuing Stoppage of our Private Educating of him and Maintaining of his Media Publicity, which was Primarily Attacked through Intimate-Based Means pursuing Destroying of our Parenthood, amongst which the most Important One was the Construction of the Fabricated "Tiffany Jo Allen"

Investigation constructed for the Purpose of Indirect Attacking of the Macedonian Prime Minister, Mr. Nikola Gruevski, who Proudly Endorsed my Son, who's Parents became Subjects of Intimate-Based Downgrading and Follow-Up Scapegoating.

10. Unfortunately, the Macedonian Government supporting my Son ended up being Sabotaged not only Externally by the American Democrats via their Macedonian Partners belonging to the Social-Democrats, but also by some of the Governmental Conservatives, including some of the Closest People of the Macedonian Prime Minister, People I Personally Met, before I alerted my 1st Wife to be very Careful with them after I concluded them as Governmental Entities suffering "Useful Idiot" type of Intelligence-Based Abuse by no one other than the Macedonian Intelligence Strongly Damaging the Macedonian Prime Minister, along with the Social Democratic Segment of MOI (Ministry of Interior) placing my 1st wife in Highly Enticing Circumstances and Conditions pumping up her Self-Confidence and Greed for Success leading to my Imitation of our Divorcing after my Son was Discretely switched from Microsoft into Cisco by our New Sponsors belonging to the Social Democratic Party, which President, also 3rd President of Macedonian, owned the Macedonian Headquarters of Microsoft since far before he came on the Place of the 2nd, who was Killed through Airplane Crash Accident Messaged to me before and after it happened; this is why I documented it and keep it for the Federal and International Courts.
11. While everything of that was happening, there was Strong Level of Intimate-Based Entrapments Involved in all that Process of affecting the People chosen to interact each other, which was what made my 1st Wife and me divorce when the United States, Macedonian, Egyptian, and several other Nations' Agencies got involved in what made my 1st Wife change her Professional and Personal Lifestyle the moment when too many Undercover Seducers were dispatched around her, me, and everyone else who could be affected on a way that should Damage our Marriage, which Unfortunately happened, triggering our Divorce on 10th of January 2010th, when me and my 1st Wife filled our Divorce Papers because of her Decision to change her Professional Career.
12. Realizing that she ended up Biochemically Hurt the moment we separated, for which I was Threatened by the Undercover Staff dispatched to provoke me, I decided to make a Quiet but Deep Traveling Research, which included my traveling to few Countries I chose as Effective for provisioning of the Information needed, which included Serbia, France, and Bulgaria, realizing after I returned the Intimate-Based Nature referencing those who were Clearly Pointed to me as Governmental Women who liked me, which came from another Undercover Female Person supporting Ms. Kristina Kukolj from Turkey, a Woman I am not going to identify because of Case Protective Reasons resulting the Fact that she proved to me the American Democratic - Macedonian Social

Democratic Connection, along with couple of other Undercover Agents clearing the Contemplation of the Subversion of the Macedonian Prime Minister.

13. In this regard, I have something Powerful to Expose and Testify in front of the Federal and International Courts against the United States and Macedonian Intelligence-Based Entities Intentionally Scapegoating Ms. Kristen Nielsen and Ms. Kamala Harris through taking advantage of their Supporting of me, both of them at that time Very Powerful, Prosperous, and Perspective Governmental Women Persistently but Discretely Pointed as my Supporters through Contextualized Impersonating I am not going to discuss here, but on the Federal Court for the Purpose of Protecting my Information explaining what got proved through After-The-Facts type of Analyzing taking place years later.
14. Do not understanding the Overall Situation as managed by the Upper Segment of the United States Intelligence, both Macedonian Political Sides Intertwined in my Case could not understand that they were Practically Driven by the United States Intelligence while interacting my Son, Naively Believing that they were Special for their American Partners in the United States Government, which were Fully Overlapped by the aforementioned Intelligence working over the Balkan and Middle East Region, Iran, Ukraine, and Russia, something that was proved to me later through my Temporary Staging in Kuwait, where I went through my Company, from where I was Deployed in Afghanistan next to its border with Iran on the exact place where the Soviet Military Base built there for the time of the Russian-Afghani War (1979 -1989) helped me get the point very early (this is why I alerted for what was coming).
15. The reason why it is hard for you and everyone else to understand these Connections and everything they produced as Good or Bad Interaction and Happening is because you did not interact the People and Situations I did, which made me Capture and Blueprint the Blue and Red Connecting Lines linking Different Countries and Political Sides into Segments Discretely Utilized by the Upper Segment of the United States Intelligence for Engineering of the Regions its and their Operative Staff handled, which is what made me become Recipient of the Intelligence no one other than me and the Agency messaging me could grasp, simply because of lacking Access to everything that was needed for Reception and Interpretation of what was Delivered.
16. In regards to everything pertaining to the Professional and Personal Communications Processed, what I can say right now without Identifying anyone because of Protecting of my Information and Privacy Protecting Reasons, is that there was Strong Push in direction of Braking of the Marriage between me and my 1st Wife pursued in name of a 3rd Female Person liking me since many years ago, which was confirmed to me after my 1st Wife was Initially made trigger our Divorcing in 2010th, before being confirmed once again in Afghanistan in 2011th, before being Capriciously Referenced once again on the Day when she was Biochemically Killed by the Macedonian Intelligence partnering the

American one I Loudly Fought in Las Vegas, Nevada, where her Death was Threatened in Reference to Mr. Donald Trump, who just got elected as 45th United States President, something I did not assign to him, but preserved as a Fact I am going to open on Cross-Examination on the Federal Court, where the Intelligence-Based Entities Impersonating him in Negative Connotation pursuing my turning against him are going to be revealed.

17. What I just said, even though I did not detail anything, should not only awake the United States Government about its Playing managed by the American and Balkan Agencies targeting me since my Teenage Days (1985 - 1990), but also make it realize how the Executive Branches of the Governments partnering each other on Strategic Level can Subvert their Political Opponents through Downplaying those who they made being Initially Liked and Supported, before being made being Pushed Down and Subverted by the Intelligence-Based Entities mingling before dividing them through playing Everyone Around with Out-of-Context Presentations of Facts supported by Video, Audio, and Electronic Montages provided in parallel to the Unrealistic Rumors Unjustly Defaming them.
18. If you understood what I just explained while Properly Understanding my Personality and Character, you should already Understand why I am not Judging nor anyhow blaming Ms. Kristen Nielsen and Ms. Kamala Harris, who I Strongly Protect, having this stand not because of what was expressed to me as their Liking of me, which I do not want to discuss without their Presence and Permission to do that on the Court, but pursue, considering everything that Intertwined us in this Delicate Situation causing our Failing, their Cooperation in the Field of Fighting the Socially-Political Crimes I am exposing as Crimes against the Humanity and Democracy, something that these two Powerful Women had Capacity to Confront while being on Power, which was exactly what made them end up Cunningly Subverted by the Intelligence-Based Entities pursuing the Opposite, which you may realize through Proper Analyzing of the Communications I documented.

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(16) ADDRESSING THE ADVANCED COMMUNICATIONS AND INTERACTIONS IGNORED, MISINTERPRETED, OR DECONTEXTUALIZED IN COVER-UP MANNER BY THE AMERICAN AND FOREIGN AGENCIES RESPONSIBLE FOR THE ORGANIZED GOVERNMENTAL CRIMES I AM FIGHTING**

1. The “Scripted”, by AI (Artificial Intelligence), or by Hybrid AI Influenced Multimedia Production of Quality Entertaining Products Directed and Produced by the Most Famous

Music and Movie Directors and Producers, Content Writers, and other types of Content Developers represents Standard Manipulative Intelligence-Based Activity managed by the Upmost Segments of the National Intelligence for Influential Purposes managing their Nations and Regions of Influence extend Globally by the Upper Segment of the United States Intelligence, something on which I am Exposed as a Subject of Operating since my Teenage Days, experiencing Uncountable Amount of Instances of Received Intelligence, Suggestions, Guidance, and other types of Informative Content resulting with couple of Powerful Affections of my Life Positively and Negatively affecting me and the people around me.

2. At the beginning, the affecting of my Life was without my Awareness (period 1984 - 1985), which later, after that Awareness was Initially Acquired (period 1986 -1987), resulted with my Acceptance of what I perceived as Good-Willing Guidance (1986 - 1988) and Discreet Confronting of the Destructive One (1988 - 1991) of the American and Foreign Agencies targeting Especially Chosen People they Discretely, primarily without their Awareness, Mingle with those who they found as Useful for achieving of Desired Objectives, after which they establish control over them through setting of Adequate Circumstances and Conditions narrowing their Emotional and Thought Process into making of more or less by these Agencies Predicted Decisions.
3. This is why, when comes to Situations when I am Explaining some of those Decisions, which I do through giving Clear, Explicit, and Transparent Public Testifying supported by Quality Informative and Educational Work displaying the Accuracy and Explicitness of my Facts explaining my Actions, especially those that are Decontextualized by the Agencies changing the Meaning of everything I am doing as my Public, Professional, Private, or Intimate Activity, I am Loudly Expressing my Motives in Fighting them while Clearly Exposing my Disrespect for what they are doing because of their Intentional Changing of the Meaning of everything I do in my Life, which they put in Negative Connotation, and as result cause Damaging Effects on all my Relationships with the People, thus making the United States and Foreign Governments Affected with my Case Misinterpret and Misplace my Genuineness with Cunningness, something that Absolutely does not match my Humanely and Bravely Intelligent, not as their, Evilly and Insidiously Intelligent Characters damaging my Reputation and Life.
4. Luckily, they are reading me right now, same as you and everyone else wanting to learn and do something against the Corrupted Segments of the United States and Foreign Governments, which is Good, so they may know how much I despise while fighting them, could not waiting the Day when I am going to face and break them inside the Federal and International Courtrooms for all the Lies and Crimes they did against me and so many other Good and Innocent People they set on Failure and Condemnation they did not deserve.

5. This is why I am writing so much, Teaching you about the Manipulatively Abusive Crimes of the United States Intelligence, doing that while Elaborating what I am providing as Qualified Educational Samples explained through Brief Exposure of some of the most Important Qualified HUMINT and SIGINT Products produced either through Direct either through Indirect Intelligence-Based Influences passed to the Producers by the Agencies Responsible for their Playing, those that worked over my Favorite Music Producers, as Metallica, Iron Maiden, Eros Ramazzotti, etc., as well over those they Influenced or Engaged Generally, as EBU (European Broadcasting Union), Oscar Movie Awards, Ms. Universe, World Cup, Powerball, and many other American and Global Show Business Producers Playfully Utilized for Socially-Politically Engineering Purposes I am Transparently Fighting while Bringing to this World the Understanding of the Most Important Intelligence-Based Concepts.
6. One of those Concepts I Discovered as being utilized against me since decades ago is the one I named CDF (Communicating Data Framework) many years after, when I explained it Publicly as being used by the American and Foreign Agencies for Engineering Purposes based upon setting of Socially-Politically Compatible Targets of Operating, many times Innocent People (as me in this case) for making us look Bad and Suspicious for what is Targeted because of our Compatibility with what represents Main Objective of our Evil Attackers, the Agencies setting us look "Bad" while they are presenting themselves as "Good" and "Just" in their Constructions of Fabrications Hurting and Scapegoating us.
7. My Performing of Detailed Revelation and Elaboration of what I just briefed is going to Awake the American and World's Communities from their Long-Years Sleeping in Ignorance resulting the Brainwashing they are suffering, which Unfortunately caused Unjust Hurting and Killing of Uncountable Number of Innocent People, following their Unjust Degrading, as when I was Unsustainably Accused and Damaged for Life for something that had nothing to do with me, being Intentionally Disabled with excuse that the American Children and Women are now, after me being Disabled, are going to be Safe from me, who never ever Endangered them, while my Closest Family, with exception of my Brother and Son, is almost Fully Eradicated because of suffering similar Governmental Judgment resulting the Corruption and Primitivism of the American and International Community closing its eyes on all Injustices done to us behind our backs.
8. Being aware about what I just explained, do you really believe that I am going to close my eyes on this Miserable Governmental Manipulating, and let the Corrupted Segments of the American and Foreign Agencies full, hurt, and kill their own People while Constructing Fabricated Investigations that should keep the Number of Fake Pedophiles, Sexual Predators, Rapists, Murders, and Terrorist High, so they may receive Underserved Credit on Account of their Damaging of many Innocent People's Lives?

9. Do you really believe that Survivor as me is going to accept the Title of Player assigned to him by the Corrupted Agencies trying to Justifying their Hurting of you through Judging your Surviving and Confronting Abilities used against far Stronger Opponents Unjustly Discrediting and Hurting you?
10. Of course not; this is why when talking about such Intelligence-Based Pushdowns caused in parallel to the Engineered Intelligence-Based Crimes I am fighting, I am emphasizing the Fact that both these Destructive Activities are based upon Manipulative Brainwashing and Abuse of the Victims' Feelings, which are Insidiously Approached, Played, and Attacked through Interpersonal and Cyber Means, the second ones, as mentioned above, being based upon the use of Hybrid AI (Artificial Intelligence) characterized with Combined Use of Automated and Non-Automated Information Alteration and Delivery, which Samples I am Collecting, Analyzing, Documenting, and Proving since far before I went to Afghanistan on 11th of November 2010th, still doing the same from time to time, for the Purpose of Proving and Explaining the Abuse of the Modern IT Technologies for Socially-Political Objectives pursued by the American and Foreign Agencies attacking me and the People who like and dislike me, which they do for the Purpose of driving such People towards or against me.
11. But, instead of giving them what they want me to do, which is my Violent Responding on the Injustices Suffered, which they want to respond with Deadly Action, in case I would respond that way, I am doing the Opposite, being Peaceful and Non-Violent while responding with Writing of Thousands of Educational and Informative Writings, in parallel to my Creating of Rich and Well-Organized Multimedia Database bringing this Understanding to the Truly Intelligent People, which I do while pursuing Promoting of Legislation of National and International Law that should prohibit the Use of AI, especially the Hybrid AI, in the Social Media and all other Communicating Technologies used for bringing of Compatible People together, allowing it only in the Manufacturing Processes bringing Technological Values to the Society (i.e. Car Industry, Transportation, etc.)
12. Summarily Speaking, when talking about such Advanced Communications processed in Socially-Political Regard, it is important to emphasize the Fact that they are Primarily Produced and Delivered through Influenced Production of Dedicated HUMINT and SIGINT Products Implicating or Incriminating, depending from their Awareness, Powerful International Show Business Companies, Organizations, and Individual Content Producers, primarily the Multimedia Ones, as EBU (European Broadcasting Union) Organization, for example.
13. This is something I am Generalizing as Organized Intelligence-Based Content Production and Distribution based upon AI and Hybrid AI guaranteeing Predictable Reception and Interpretation of the Content by the Subject of Operation, as me and other Unjustly

Targeted Entities who are Playfully Approached by the American and Foreign Agencies trying to play all of us through such Cunningly Intelligent Means I Privately and Publicly Exposed and Elaborated, similarly as what I did in regards to my explaining of the Hybrid AI type of Operating, which I am explaining as a Method of Manipulative Smuggling of Influential Content taking advantage of the Standard AI Technologies Concealing it Successfully.

14. Informatively Speaking, when discussing the Chronology of my Explicit Educating and Alerting about the Benefits and Danger caused through the Intelligence disseminated this way, the HUMINT and SIGINT Production and Distribution of Intelligent Content is something for which I am Loudly Talking since 22nd of February 2014th, being Perfectly Understood not only by Ms. Kristen Nielsen and her DHS (Department of Homeland Security) Staff I Briefly Informed about what their Colleagues Overlapping them are doing behind their backs, which includes FBI (Federal Bureau of Investigation) and CIA (Central Intelligence Agency), both of them Secretly Beholding Ms. Kristen Nielsen since I lived in Macedonia.
15. This is why, knowing what the Upper Segment of the United States Intelligence messaged to me before I documented it in Afghanistan as an Initial Attempt of Governmental Fabricating of what I realized far before the 2016 United States Presidential Elections, something that was Discretely Referenced by Mr. Kash Patel years ago (I am talking about certain Advanced Communications processed through Public HUMINT and SIGINT Products explaining Subliminally what I am explaining Explicitly as Socially-Political Engineering of certain Public Events), I Fully Understood, even though I needed some Solid Work to perform in that Direction, how my Supporters; I am talking about those who Genuinely Cared for me; were Overlapped by those who abused their liking of me, something for which they were Unaware, and because of that made me see them as Vulnerable, needing such Support for Getting the Understanding Needed, contrary to the Agencies profiting from their hiding of their Feelings, which was exactly what made them look Suspicious for far more Dangerous Things Overlapping their Bringing of me in the United States.
16. For example, Ms. Pamela Lynn Holt, who became my 2nd Wife for the Purpose of bringing me in the United States while working for the United States Intelligence, strongly affected the Fate of Ms. Kristen Nielsen, and Opposite, which also applies on Ms. Shona Baka in regards to both of them, meaning that without their Testifying, nothing can be Cleared from what I reported as my Reception of Intelligence pertaining to the Most Important National and Global Events, which included the 2013 Boston Marathon Bombing; which, if not being handled on the Federal Court, is going to make the United States continue being considered as Untrustworthy and Unsafe Country for the American People, knowing that the United States Intelligence and Government are

Intentionally Covering the most Important National and Global Events managed by the Upper Segment of the United States Intelligence.

17. Another such Globally Important Event managed by the Upper Segment of the United States Intelligence utilizing my Personal Data as CDF, which Instances are many, is the one that affected the Democratic-To-Republican Switching of Mr. Donald Trump, which Influencing set by CIA while partnering FBI preceded the Intelligence-Based Engineering of the Domestic and International (especially Russian) Supporting of his Nomination and Election as 45th American President on the 2016 United States Presidential Elections, which had nothing to do with what was presented by FBI as Russian Interference in the 2016 United States Presidential Elections, but with what displayed Classical Socially-Political Preference expressed by the Russian Leadership towards Mr. Donald Trump because of his openness towards Russia, similarly as the one expressed by the Ukrainian Leadership towards Mr. Joe Biden and Ms. Kamala Harris.
18. While thinking about this, please do not forget that Mr. Donald Trump is Republican, same as those who attacked him in regards to the Russian Investigation, meaning that I am not favoring Republicans, nor I am attacking them, but that I am speaking the Truth while explaining where is the Source of the Problem, considering the Democratic Attacks on Mr. Donald Trump as Result of that Investigation's Influences, knowing how that Investigation tried to set me up through the Engagement of Sergey, the American-Russian Agent living in Moscow, Russia and San Francisco, California, an Undercover DHS Agent engaged in Support of the Russian Investigation ran by FBI (do you got it!?)
19. What I just explained; I am talking about the Insensible Playing of Mr. Donald Trump by the Federal Staff constructing the Russian Investigation; is something for which I Alerted Discretely in the Period 2013 - 2015 and Loudly in the period after, especially after Respectfully Handling the Abusive Utilization of Sergey, the aforementioned American-Russian Agent living in San Francisco, California, the Undercover Intermediary abused through his Actions lacking Awareness about his Abusive Utilization supporting the Fabricating of the Russian Investigation, which I Sharply Teared a Part in the period 2016 - 2019 after realizing the "Mingle-And-Destroy" type of Playing of Especially Chosen Americans and Russians mingled together since 2010th for Initial Uplifting and Timed Disgracing of any of the Mingled Sides Caught on Cameras as being Friendly or Intimate with each other.
20. I guess, after telling you this, you figured out why I Initially Ran my Case in Las Vegas, Nevada, where I could not make a Breakthrough for 4 times in the period 2015 - 2020, similarly as happened in Honolulu, Hawaii in the period 2023 - 2026, where my Federal Case was dropped for 2 times, now trying to run it California this August 2026, choosing San Francisco for this Purpose, even though I Initially Wanted to run it either in San Diego either in Los Angeles, both of them in California, changing my mind in a last

moment in Preference to the Part pertaining to my Criticizing of the Construction of the Russian Investigation touching Sergey, through whom, in parallel to the American Undercover Staff operating in Las Vegas, Nevada, was Messaged the Biochemical Murder of my 1st Wife perpetrated in Macedonia in name of DHS and FBI, for which I will provide several Material Evidences pertaining to the Advanced Communications pointing Mr. James Comey and Mr. Kash Patel as Aware and/or Abused in the Construction of that Crime, regardless that the second one did no work for FBI at that time while interacting my Case (same as right now).

21. After telling you this, I hope you understand why I Unreservedly Defended Mr. Donald Trump, knowing that he was Setup similarly as I was to be Setup if I did not pay Attention on the Abused Russians I reported in Florida in August 2013 as engaged by DHS and/or FBI for what should build Mr. Donald Trump's Profile as Russian Puppet, which happened in time I was Positively Referenced with Ms. Kristen Nielsen's Presence in Florida passed to me by the Undercover Staff placing me in combination with the Russians and Macedonians played there (why!?)
22. The things mentioned above proved Accurate few years later through the Controversial Situation caused by CIA, DHS, and/or FBI, observed in Connotation related to the Discreet Conflicting of Ms. Kamala Harris with Ms. Kristen Nielsen, which was noticeable through their Interpersonal Arguing Discretely Referencing me in the United States Congress, which I addressed far Differently than anyone else, simply because it touched me with what was Blackmailed to me and Ms. Kristen Nielsen in Public Discretion interpretable only through the Interpersonal References delivered to both of us, something I will make you understand inside the Federal and International Courtrooms, where I will explain not only what I just briefed, but also the Guatemala Factor chosen for "Lecturing" (Psychological Pressuring) of Ms. Kristen Nielsen Queried for exactly the same things for which I was Queried as pertaining to Guatemala and Afghanistan while referencing something Intimate reminded through that Deadly Provoke causing Ms. Kristen Nielsen's Devastation resulting the Anger of the Democratic Party lacking the Information I have (this is why I am appealing to Ms. Kristen Nielsen and Ms. Kamala Harris not to argue with each other, but Calmly Focus on the Facts I was Publicly Exposing in the Past for their sake).
23. As you know well; I am talking to those of you trusting what I said about Ms. Kristen Nielsen's Internal and External Targeting Managed from within and out of DHS; the Disappointment, Frustration, and Anger caused because of Everyone's Realization that she failed not because of what happened on the South Border with Mexico, which was the Technical Reason for her Resignation, but because of the Downplaying of me and my Work brought to her and her Close Colleagues, some of them also supporting me in the Past, which is exactly what made Everyone Foolishly turn against me, the only one who

helped Everyone through Persistent Writing and Proactive Interacting of Undercover Staff, something that should never happen, knowing how Genuine were my Intentions and how much I suffered on the way of saving those who failed because of trusting those who spat on me through presenting my Work as "Art", not as Intelligent Handling of People, Information, and Events.

24. At that time, the Downplaying for which I am talking about, which was processed by Ms. Kristen Nielsen's Internal and External Opponents doing the very same things to me, resulted with "Someone's" Revengeful Supplying of me with Information that announced the Start-Up of the COVID-19 Pandemic Project communicated since 2009th, on which I responded with Ignition of Intense Explicit, Subliminal, and Cryptic Alerting announcing the Arrival of the COVID-19 Pandemic far before it was initiated in Wuhan, China in November 2019, which was month and a half before it became Chinese Pandemic on the 2019/2020 New Year's Eve, the Day Clearly Referencing me and her in Connotation touching this Holiday in reference not only to Ms. Tiffany Jo Allen and everything else related to this Day before her (please make some Deeper Research), but also the Biochemical Murder of the 1st Macedonian President killed on the 2011/2012 New Year's Eve by those who actually investigated the 1995 Bombing of him, for which I was Messaged (October 1994 - September 1995) and Queried after (October 1995 - Today).

25. This is why, considering Ms. Kristen Nielsen's Professional Interaction with the Symbiosis established between the Corrupted Segment of the American Politicians, Intelligence-Based Entities, American Corporations, especially those belonging to the IT (Information Technology) Industry, as Microsoft, Apple, and Google, for example, I considered many of those Entities as Deeply Intertwined (Implicated and/or Incriminated) in the Engineered Crimes for which I was informed by the Upper Segment of the United States Intelligence Secretly Beholding and analyzing the Corrupt Parts of Everyone's Operating while focusing on the Top-Level American Politicians and Businessmen, especially on Ms. Kristen Nielsen and Ms. Kamala Harris, which is exactly what made Ms. Kristen Nielsen be Implicated, along with Mr. Bill Gates, the Microsoft Founder, in the COVID-19 Pandemic Project Abusively Utilizing his Work performed in 2009th in the Field of Polio Vaccines.

26. Similarly as for everything else, Mr. Bill Gates' Work in this Field was utilized in form of CDF (Communicating Data Framework) Manner, which Conclusion was strengthened by the Fact that I Personally but Indirectly Received Referral for managing of the Polio Plus Network, which came through my Best Friend Oki, later becoming Husband of Ms. Kristina Kukolj, Ms. Kristen Nielsen's Impersonator from Turkey working in 1999 for one of the Norway's Intelligence Cells of NATO in Kosovo, thus binding the period 1999 - 2009 as linked with what was used in parallel for affecting of me via Oki, my Best Friend,

in parallel to every other Indirectly influenced or Directly Engaged by the Balkan and European Partners of the United States Intelligence.

27. All these Connections and much more I never mentioned was what made me Easily figure out what I explained as CDF Overlapping of Mr. Bill Gates' Activities Implicating and/or Incriminating him in what can be cleared to certain Degree through his and Ms. Kristen Nielsen's Testifying paralleling the one of the Upper Segment of the United States and Chinese Intelligence, knowing that I was Personally Informed within the United States about the COVID-19 Pandemic Project as attached to China, which Automatically Prompts the Chinese Government to support this Investigation incriminating both, the American and Chinese Intelligence and Oligarchy.
28. This is exactly why the Polio Plus NGO (Non-Governmental Organization) from Macedonia become my IT Client in the period September 2007 - March 2010 while being Discreetly Engaged and Abused by the Macedonian Intelligence Partnering the American one for the of its Exposure on Cunning Overlapping Activities pursuing framing of all of us in Fabricated Connectivity that should make the Corrupted Segment of the United States Intelligence capitalize from Everyone's (except mine) Lack of Understanding of what I am exposing to you as a Small Part of my Counter-Investigative Work and Discovery needing Extended Elaboration on the Federal and International Courts for the Purpose of your Informing about the Connectivity between the United States and Foreign Agencies messaging what I alerted as Globally Constructed COVID-19 Pandemic, etc.
29. This is exactly why my Exposure of the Alerts announcing the Arrival of the COVID-19 Pandemic triggered the Feeling of "Betrayal" in those who disclosed that information to me, which I am explaining as Revengeful Referencing of Ms. Kristen Nielsen and me amplified not only through the Persistent Referencing of her 2015 Visiting and Hugging of me, but also through many other Acts of Revengeful Referencing of her, as through the Staging of the Collaterally Revengeful Helicopter Accident killing the NBA Superstar, Mr. Kobe Bryant, on 26th of January 2020, which Understanding can be achieved only through analyzing of Wider Scope of Information pertaining to Ms. Kristen Nielsen's Interaction with me noticeable through some of the SIGINT Products touching "North Korea", "Basketball", "Denis", "Rodna (not Rodman)", and several other HUMINT and SIGINT Elements unknown for the Public while being Perfectly Known to Ms. Kristen Nielsen and me.
30. This is exactly why the Helicopter Crash Accident was Constructed by the Upper Segment of the United States Intelligence making an Emotional Reference to my "Betrayal" of her (this is how my Alerting pursuing Saving of Human Lives was taken), similarly as my Alerting about the Ignition of the Russian - Ukrainian War in 2022, Staging of the 2023 HAMAS Attacks in Israel, etc., all of them set by no one other than

the Upper Segment of the United States Intelligence messaging all of that to me in Reference to Ms. Kristen Nielsen, who suffered Emotional Trauma without knowing that I was doing my best to help her while trying to Prevent what was messaged to me by the Front-Lined and Highly Abused and Setup Undercover Staff coming in Las Vegas from the State of Michigan, which I took as another Instance of Overlapping type of Setting of Innocent People for taking the Blame coming from others Decontextualizing their Encouraging Messages into those announcing the Arrival of the COVID-19 Pandemic.

31. Undoubtedly being assured that the State of Michigan was abused for messaging of the COVID-19 Pandemic Project, which once again happened in reference to the aforementioned Revenge done in Ms. Kristen Nielsen's name, something no one other than me could figure out simply because I was the only one who was approached by Undercover Staff arriving from this State while making its own Actions make someone from Michigan take Responsibility for what was communicated in Las Vegas, Nevada by Ms. Kristen Nielsen's Undercover Staff, but after her Resignation, which Fact is Important, knowing that their Attitude Dramatically Changed after she left DHS on 10th of April 2019th.
32. Obviously, there is Absolute Need for Ms. Kristen Nielsen's Testifying, as well from those acting in her name as her Undercover Staff; otherwise, she is going to end up Killed and Posthumously Blamed (by the Democrats) and/or Uplifted (by the Republicans) in Cover-Up Manner pursuing Prevention of what I am explaining, something that can be prevented only through my Federal and International Charges and Everyone's Testifying, including the one of the Chinese Intelligence, knowing that the 2019 Hong Kong Protests were also communicated to me in Las Vegas, Nevada, explaining that someone there is American more than Chinese while being Chinese, which open space for Importing of Corruption and Development of Organized Intelligence-Based Crimes, as happened with the COVID-19 Pandemic damaging China, same as the United States and everyone else.
33. While mentioning the Chinese Intelligence, which I do not Judge, but point to it that what happened in Wuhan, China in November 2019 was messaged to me in Las Vegas, Nevada and Chicago, Illinois in the period March 2019 - October 2019, I want to motivate it to look up for the American - Intelligence Channel that tried to Scapegoat Ms. Kamala Harris because of my visiting of China Indirectly Supported by her, which actually proved to me that the Chinese Intelligence, along with its Partners from the American one, Scapegoated both, Ms. Kamala Harris and certain Chinese Political Entities, one of them being Arrested without explanation why his arrest happened, for which I was informed through the Alert that pointed to me that I was meant to be presented as working for China while living in the United States, or said more accurately, that I was dispatched to spy for China through what was performed in Singapore for

altering of my Communications through alteration of my Phone Device allowing Full Access to the Chinese Intelligence.

34. This is why my Charges extended on the Chinese Intelligence, amongst those pushed against the American one, do not judge China, but open space for Internal and External Investigation of both, of the American and Chinese Intelligence, looking into everything that must be checked on both sides, American and Chinese, in order for both Governments to figure out how and why Ms. Kristen Nielsen's Interacting of me resulted with me being informed about what the American and Chinese Intelligence were doing in the United States, Chinese, and other Nations' Laboratories while preparing the COVID-19 Pandemic to be ignited on the 2019/2020 New Year's Eve.

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(17) ADDRESSING THE LACK OF STRENGTH OF CHARACTER NEEDED FOR PERFORMING THE GOVERNMENTAL DUTY WITHOUT FEARING EMBARRASSMENT OR DEATH BECAUSE OF YOUR ACTIONS COVERED BY THE GOVERNMENT**

1. Definitely, all my Past Supporters from the Macedonian, American, and several other Governments, from which the most Resistant was the Japanese Government; something I Sincerely Appreciated and Respected, still Appreciating and Respecting it, were Negatively Affected by the Upper Segment of the United States Intelligence and INTERPOL'S Sharing Out-of-Context Facts and such Montages triggering Unneeded Hostility against me since my Teenage Days, which started happening without any Consideration of the Factors triggering my Responses on the Provokes received, which Responding Strongly Affected what happened and resulted in the periods 1989 - 2009 and 2010 - 2026 as a Consequence of what happened in the Period 1984 - 1988, which makes me have this Undisputed Self-Confidence and Endeavor to Defeat every Government responsible for the Suffering of my Family, Relatives, Friends, Colleagues, Neighbors, and People I like and who like me, simply because I know that I am Innocent and that every Response I give in Response to my Oppressors is Non-Violent and Far Less Intense, compared to what I am taking Calmly and Peacefully while Intelligently and Legally Confronting the Agencies attacking me Hurtfully and Illegally with decades.
2. Considering my Strong Sense for Respect, Appreciation, and Care for every Good Person, especially for those who regardless that they Failed in my Eyes through trusting those who spat on my Name behind my Back, instead of giving me a Chance to defend myself, I am Strongly Protecting Ms. Kristen Nielsen, the DHS (Department of Homeland Security) Director of Mr. Donald Trump's 1st Administration; Ms. Pamela Lynn Holt, my

2nd Wife; Ms. Shona Baca, the CIA (Central Intelligence Agency) Operator overseeing Ms. Kristen Nielsen's and Ms. Pamela Lynn Holt s Activities pertaining to me; Ms. Gina Haspel, the CIA Director of Mr. Donald Trump's 1st Administration; Ms. Kamala Harris, Vice President of Mr. Joe Biden's Administration, and several other American and Foreign Governmental Entities belonging to the Republican and Democratic Parties while being Implicated in the Socially-Politically Engineered Crimes I am fighting since my Teenage Days, which Criminal Nature I Concluded as having Overlapping Character while being managed by the Career-Based Segment of the Federal and Foreign Agencies manipulating and damaging my Past and Actual Governmental Supporters I am Persistently Trying to Protect, Awake, and Motivate to Officially Testify for the sake of the Humanity and Democracy needing Urgent Correction and Improvement for Everyone's Sake.

3. This is why, whenever I Openly but Realistically Criticize some of my Supporters because of some of their Professional Mistakes resulting their Misunderstanding of the Overall Situation Intertwining me with them, which I am explaining Clearly, do not allowing any Cover-Up to be processed in any Regard by anyone belonging to the United States Government, knowing that I Explicitly Informed it years ago about the Engineered and Collateral Crimes of the Intelligence-Based Entities targeting Ms. Kristen Nielsen, Ms. Kamala Harris, and some of the Supportive American Embassy's Staff operating in Macedonia while being Secretly Targeted because of its Discreet Supporting of my Son, I never criticized, nor I ever will, what their and my Opponents are using in Secret as their Argumentation playing with my Criticism looking only into Everyone's Lack of Trust in me and Courage they need in order to Openly Testify and support me in my Endeavor to expose and Defeat the Intelligence-Based Crimes Overlapping any of my Supporters.
4. So, why their Testifying is so Important and Needed by me?
5. First of all, Ms. Kristen Nielsen, Ms. Kamala Harris, and the American Embassy in Skopje, Macedonia should understand that they, regardless of my, their, and Everyone Else's Attitude expressed towards my Situation and so Delicate Case, were Cunningly Attacked in Secret not only because of their Indirect Support they provided for my 7 Years Old Son from Macedonia, but more than that, because of the one they provided for me in 2021st, something for which I was Discretely Pointed in Skopje and Ohrid in Macedonia and Explicitly in Sal Lake City, Utah in the Period January 2021 - February 2022, which clarified to me that the American Embassy in Skopje, Macedonia, especially Ms. Kamala Harris, at that time just elected Vice President of the United States Government, were Cunningly Sabotaged by Ms. Kamala Harris' Political Opposition targeting Mr. Joe Biden's Administration since the Day One, which was 20th of January 2021st, the Day when Ms. Mira Furlan, at that time living in Los Angeles, California, was Biochemically Killed, if the News about her Death were Not HOAX, as I was Informed after responding

on the Several Dozens of Threats I received per Day in the Months and Days preceding Mr. Joe Biden's Election and Inauguration as 46th United States President happening on the Day of Mr. Mira Furlan's Officially Announced Death.

6. Even though what I just explained is Important, it is not that Cruel as what the Actual Government led by Mr. Donald Trump, the 47th United States President, is doing in regards to its Treatment of USAID, the Most Important NGO (Non-Governmental Organization) supporting the Development of the 3rd World Countries, which happened in Revenge to the Interpersonal Confrontation of Ms. Kamala Harris with Ms. Kristen Nielsen resulting what no one ever Explicated while Generalizing it, which is the Hurtful and Unjust Treatment of the American Immigrants and Foreign Students subjected on Fascistic Targeting and Persecution, something that Additionally Touched me, amongst Everything Else, via the Support my Son received in Macedonia by one of those Americans bringing him in front of CNN, which Strangely, analyzing the Subversive Work of the Macedonian Social-Democrats targeting the Main and Strongest Promoter of my Son, the Macedonian Prime Minister, redirected him (my Son) from Microsoft into Cisco and from Reception of Conservative into Reception of Democratic Support, making Strange Processes having Double Sword Nature to start taking place.
7. Regardless of all those Facts displaying Errors on both Sides, the Fact that United States President feels Frustrated and Angry because of Ms. Kristen Nielsen's Political Falling, which Frustration and Anger is far bellow the one I am feeling it every single day, I Strongly Disagree with this and any other form of Revenge, especially with the one having Fascistic Nature through stating that the United States Government should support only the American Children and Qualified Men and Women, not those of the Other Nations or others who suffer Technical Difficulties, which became Obvious through the Governmental Attacking of USAID and University sponsoring Foreign Students, something that Strongly Damages the International Role of the United States Government needing Regulated Funding of Developing Projects in the 3rd World Countries, which is needed not only because of Humane Reasons, but also because of those considered as Strategically Important for Maintaining of the Support Received by the Supported Foreign Counties needing Financial and Technical Assistance in order to improve, which happens whenever the Budget Allocated is being used Responsibly and with such Objectives pursuing National Development, which is exactly what my Activities with my Son pursued (we caused IT Boom in Macedonia without receiving $1 Support from the United States Government or USAID, but the one that provided Logistical Support for my Son's Education.
8. This is why, my "Illogicality" Looking suing of Microsoft and Google, which Corporations I am taking on the Federal Court not because of feeling Unhappy because of their Contribution in the Intelligence-Based Operations Indirectly Leading into Destruction of

my Family, something I am going to Elaborate and Prove in front of the Federal and International Courts, but because of far more Important Reasons I do not allow to fall under Protective Bias towards, which I should have if being a Standard Parent, knowing that Microsoft and Google Technically Supported my Son while Simultaneously Pushing me Down through their Partners in the Agencies destroying my Marriage with my 1stt Wife, my Son's PR (Public Representative, which they did just to get Repossession of my Son's Education, for which they paid through breaking our so Modest and Happy Family they made Broken and Unhappy.

9. What I just explained without detailing anything is something that should make you realize that I am not Corrupt Individual Driven by things as those pertaining to who I like and for whom I care, but by those that are Righteous, which should assure you why I am treating the Governmental and Corporate Attempts of Cover-Up of their Horrible Attacking of me and my 1st Wife as Weak, Biased, and Corrupt way of "Helping" (Weakening) Everyone I Like but Criticize because of allowing itself being Manipulated, Divided, and Turned against Wrong People as me, which is what makes me be very Careful but Strict and Precise in my Exposure of the Facts I am elaborating when Necessary, doing that Remotely, but in front of Ms. Kristen Nielsen's, Ms. Kamala Harris', Mr. Kash Patel's, Mr. Donald Trump's, and Everyone Else's Awareness while encouraging their Testifying needed by me for the Purpose of my Protecting of those of them who were, still are, Cunningly Played while being Overlapped by their Career-Based Opponents attacking them in Secret.
10. While saying this, I hope that you understand why the Cover-Up of such Governmental and Corporate Crimes must be Stopped for the Purpose of providing Healthy National Security and Public Safety Service capable of provisioning Realistic Protection of the American People and Institutions, making this Principle of Disallowing Cover-Up be Strongly Recommended and Promoted by me to the rest of the American and World's Community Cowardly Supporting the Governmental Cover-Up I am fighting, which I confront while advising Everyone choosing such Weak types of "Protection" of Powerful People to display some Courage, Dedication, and Emotional Stability in any Regard (Life, Health, Career, and Reputation-Based), do not partaking and tolerating Anyone's Acts of Cover-Up while securing Testimonies from those who are willing to confess their Professional Mistakes in any of the Regards pointed above while allowing Everyone to preserve its Right on Privacy and Intimacy if feeling Uncomfortable to discuss any Intimate Matter Publicly, contrary to me who Explicates Intimate Details when Necessary, regardless how Sensitive they are.
11. This is Exactly why I am Openly Talking and Writing; of course, without Identifying anyone, Sensitive Explicit Situations, as one of my most Sexual Intersections I had in the Past, when I had Sexual Intercourse with my 20 Years Old Girlfriend 9 times in 24 Hours

(One Day Only), which included having a Sex on the Gymnastic Trampoline in my Gym, on its Gymnastic Horse, in our Gym's Dressing Room, on our Dining Table in her Room, on the Front Seats of my Car, behind the Empty Public Facility after Midnight, in her Bed, in front of her Girlfriend, in front of her Neighbors watching from the Balcony, at the Parking next to the Police Guard securing Foreign Embassy, etc., which I am telling you just to let you know that nothing and no one can make me feel Embarrassed because of my Actions, and as a Consequence prevent me to Explicate the Truth, regardless how Sensitive it is, which I do whenever I consider it as Needful for Resolving of certain Governmental Crime that cannot be approached other ways.

12. Of course, when comes to the handling of the Privacy and Intimacy of those referred in Intimate Situations with me, including this 20 Years old Girlfriend never identified by me, I am Ultimately Respecting and Protecting their Right of Privacy and Intimacy while exposing only what I consider as Necessary to be Exposed for the Purpose of Clearing of what is Abused by the Federal and Foreign Agencies for Provoking, Blackmailing, Threatening, and/or Fabricated Purposes, which referencing is easy to be noticed in their and my Socially-Political Opponents utilizing Fabricated Lies against me, especially those touching my Youth, while preying on my and my Supporters' Good Vibes Insufficiently Supported by those of them displaying Weaknesses of Character and Lack of Emotional Strength and Stability, which is what is needed for being considered as capable of being in Charge of Serious Governmental Affairs through having Ability of Preserving your Stand while being Attacked by Masses of Primitive People.

13. This is Exactly why I am Persistently Repeating myself through saying that the Cover-Up Behavior is Unacceptable for me, and it should not be for you and everyone else, especially not for the Government; which, if noticing it, must made it become Subject of Factual Criticism Warning for Disqualifying from any further Governmental Operating if continuing covering the Truth because of Falling under Old-Fashioned Brainwashing types of "National Security" Excuses pursuing Secrecy of what caused Unjust Injury and Death of Innocent and Good People, something my Federal Case should expose on Large Extent, Filtering Out the United States Intelligence and Government, as well those of its Foreign Partners, from Every Weak Governmental and Intelligence-Based Entity fearing to Testify things that led Innocent People into Death, doing that while attacking me behind my back.

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(18) ADDRESSING THE IMPORTANCE OF HAVING STRONG CHARACTER AND PERSONALITY WHILE HANDLING DELICATE SOCIALLY-POLITICAL SITUATIONS INTERTWINING POWERFUL GOVERNMENTAL, CORPORATE, NON-GOVERNMENTAL, AND CIVILIAN ENTITIES TOGETHER**

1. Knowing how Deeply the American Society failed in the last two decades, something for which I am Persistently Warning since 2013th while emphasizing the Raising of the Retrograde Attacking of the People's Private and Intimate Rights Strongly Disrespected by the United States Executive Branch of the Government, I am doing my Best to Restore the Professional Standing of Ms. Kristen Nielsen and Ms. Kamala Harris, who ended up in trouble because of supporting me, doing that because of being Aware about how Strongly they were Downplayed and Downgraded by the Decadent Segment of the American Government and Agencies judging the People's Interactions with each other, regardless of their type (Public, Professional, Private, and/or Intimate).
2. The reason why I am so Pushy in their Protecting is not because I like them, which I do, but more than that, because their Unjust Losing of their Reputation and Positions in the Government is not result of anything other than the Decadence and Primitivism of Every Governmental and Media Entity Following Non-Democratic Criteria of Assessing and Judging the People's Morality, something I am Loudly and Sharply Confronting because of Fighting for my, their, and everyone else's Private and Intimate Rights; this is Exactly why Mr. Donald Trump, the Actual American President, Responsively Removed all "Sharpie" pens from the United States White House.
3. What I just pointed to you as an Explanation of what is explained through the Media Differently in Regards to the Reason for removing of the "Sharpie" pens from the Whitehouse, is something you may realize after performing Deep Research of what triggered it, so you may realize how big is the Level of Jealousy of the American President and some of the Members of the United States Government Secretly Oppressing one of the Governmental Women Perfectly Understanding Mr. Donald Trump's "Sharpie" Pen Removal from the White House, same as the Removal of Everything that referenced me through the United States Government (we will talk about this on the Federal Court).
4. Unfortunately, such acts of Jealousy, Revengefulness, and Capriciousness expressed by Mr. Donald Trump, who I also Protect while Realistically and Fairly Criticizing his Acts of Errors caused because of Jealousy, is something I Perfectly Understand because of being informed about his Awareness and Source providing that Awareness about Ms. Kristen Nielsen's Past Interacting of me before, while, and after becoming his 1st Director of DHS (Department of Homeland Security), which Revengeful Referencing of something Related to me noticed through his Acts of Discreet Punishment of one of the Governmental Women Gossiped in Secret is what reflects the Amplification of the

Socially-Political Oppressing of the more and more Socially Broken American Society, Democracy, and Human Rights.

5. Right now, I would like to prove what I just said, but I will not, keeping myself quiet on this matter only because of caring for the United States Intelligence-Based Entity providing me with so many Quality Information that no one knows other than me, not even the United States President, which I am saying just to let you know that there is a Strong Reason why I do what I do, protecting whoever needs Protection while keeping every Sensitive Information out of anyone's Awareness.
6. Everything briefed here, same as in my Previous Writings, Additionally Explains why Ms. Kamala Harris ended up Unjustly Attacked by Mr. Donald Trump's Administration targeting USAID with Objectives that are Primarily Revengeful in Respect to Ms. Kristen Nielsen while pursuing what was set as a Bigger Picture for which I already informed you, similarly as for everything else that anyhow touched Ms. Kristen Nielsen and me, something you can easily detect through analyzing Mr. Donald Trump's "Big Beautiful Bill" enacted by the United States Government and Intelligence in Reference to the element "BEAUTIFUL", which I exchanged with Ms. Kristen Nielsen, similarly as she with me, through our Interactions intermediated through Means I would like she to explain to you; of course, if she feels that she can handle without my Support the Jealous and Evil Primitives of the Agencies judging the People's liking of each other in Excuse to their Marriage Status no one brings in Question.
7. Unfortunately, the Unjustly Caused Pushdown of me and my Supporters is what does no give me any other Option of improving my and their Reputations and Positions lost because of our Internal and External Targeting and Scapegoating other than the one allowing our Recovery through my Official Federal and International Testifying and Defeating of every Governmental, Corporate, Non-Governmental, and Civilian Entity involved in the Socially-Political Crimes for which I am Persistently Talking about while being Ridiculed, Oppressed, and Attacked because of that, regardless that I, contrary to my Attackers, Peacefully Ignore while Registering every Interpersonal and Cyber Provoke Received by the Corrupted Undercover Community Members and Hybrid AI (Artificial Intelligence) Technologies utilized to Intimidate me.
8. The Misery of such Corrupt Federal Operating targeting and judging the People's Interacting of each other, which I am witnessing every single day everywhere around me, is what indicates Strong Presence of Retrograding Anti-Democratic Attitudes that are Seriously Damaging the Perspective of the Humanity and Democracy all over the Globe (not only in the United States), meaning that the Strong Push I am doing against the Corrupted Segments of the Agencies Incriminated must be Amplified and Maintained until the American Democracy and Society Improve, because there is still a Good Chance for everything to Improve, but only if I am supported by the Federal Court

to run my Case while everyone Affected, primarily Ms. Kristen Nielsen and Ms. Kamala Harris, engage more Selflessness, Courage, and Dedication to the Process of Defeating the Corrupted Segments of the American and Foreign Executive Branches of the Government.

9. Definitely, both of them should not comply with the Socially-Political Norms of the Governmental, Media, and Communal Bullies capitalizing from their Confusion and lack of Information pertaining to what was communicated around me all these years since I Immigrated in the United States, which is exactly what the Executive Branches of the United States Intelligence wants to hide from them, for they to be Deceived.
10. In regards to the Persistent Intimidating Suggestions pushed towards me in all Blue (Democratic) States of America, where the Agencies Interacted are trying to tell me that I am too Old, Ugly, and Disabled to be partnered by these Beautiful Democratic and Republican Women needing Young and Handsome Guys to support them in the Politics, preferably Mr. Universe or something like that, I can only say that such Unintelligent Attempts of Intimidation used against me represent Clear Indication of having a Presence of Socially-Political Primitivism seeing Everyone and Everything from the Personally Satisfying Perspective looking into making Friendship with Entities promising Career, Money, and Fame, instead of Penetrating Deeper inside the Intelligence of my Interactions with the Governmental Women who supported me, and figuring out the Solutions that can be Potentially Brought Up for fixing the more and more Raising Trend of Disrespect and other Forms of Emotional Violence overwhelming the so Bulling American Society needing Improvement of its Culture and everything coming after its improving (Public Decency, Cleanness, Organized Urbanity, etc.)
11. Sorry, but my Intelligence, Character, and Personality are too Strong to be Played by anyone, contrary to those of the People who turned their backs on me after me being Manipulatively Presented to them as Junk by the Agencies targeting the aforementioned Governmental Entities I tried to bring to this Understanding through my explaining of the Importance of giving yourself some time in Analyzing of Field and Cyber Communications, Information, and Data while acting as Independent Person do not falling neither on Soft (Pleasurable and Bribing) neither on Hard (Downplaying and Hurting) Methods of Manipulation developed by the Agencies Confronted for the Purpose of forming Submissive Characters of every Governmental, Corporate, Non-Governmental, and Communal Entity needed to be Enslaved for the Purpose of being Driven in Corrupt Direction needed for Achievement of the Engineered Projects fulfilling such Financial and Socially-Political Agendas.
12. If I was Untrue or Hypocritical in what I just said about my Character and Personality, would I separated from my Beautiful American Wife while she provided me with her Beauty, lot of Sex, enough Money to buy everything I needed and wanted, to travel to

Attractive Mediterranean Islands, and to Eat all the Food I want in the Restaurants she was taking me in while offering me what I really liked to try, but unfortunately had no time for that; I am talking about the Sexual Indian Massage she proposed to me in our Pre-Marrying Days while I postponing it for later after being told that her Account with that Kamasutra Service Provider was closed by the Intelligence-Based Entity Overlapping her Undercover Fiancée Role?

13. Does not my leaving of such Money and Pleasure Providing Beautiful Blondie represents Strong Character-Based Decision I made while pending a Green Card depending from her
14. This is why, to all of you who believe Fabricated Stories pushed against me while trusting such Surveillance-Based Montages of Out-of-Context Facts and Altered Data making you Foolishly turn against me in Belief that I have Corrupt Character and Personality, all I can say is that no one and nothing can buy my Service through providing the Pleasures I desire or through Hurting me with things that make me feel Devastated, but that I make my own Decisions through Criteria that are not based upon listening Governmental or Communal Gossips and watching and listening things about the People I like behind their backs.
15. Was that a First Time in my Life for me to Break my Relationship with a Beautiful and Quality Woman as my 1st and 2nd Wife, or similar Situations happened before and after them; this is something you may Discover if wanting to understand the Difference between my Character and those of the People spitting on me behind my back while selling themselves to the Corrupted Segment of the United States and Foreign Intelligence, just to get what I easily give up, especially if finding it attached to certain form of Corruption?
16. This is one of the Several Reasons explaining why I am Strongly Confronting the Intense but Irrational Attacks on my Identity, Reputation, and Health, as well of those of my Family, Relatives, Friends, Colleagues, Neighbors, and People I liked or they liked me, whenever my Intellectual , Emotional, and other Qualities were Brought into Question by the Agencies playing everyone who liked me when I was in Good Standing, which now, after suffering this Indescribable Isolation and Hurting, are presented in Unrealistic Connotation trying to insinuate Inexistent Intentions from my side in those Agencies' Pursuit of Fake "Protecting" and "Recovering" of those who actually Intimately Approached me, not me them, something you may Easily Verify if talking to those Women, instead of trusting Fake Insinuations having nothing to do with my Character and Personality, but with the Socially-Political Objectives of the Agencies targeting me while playing them.
17. But, if you want to discover the Real Truth behind such Negative Presenting of me, which sometimes is supported by False Accusations of Corrupt Women lying against me

that I said or did something I never said or did, please be informed that such Unnecessary and Unproductive Distancing and Degrading of me pursues Governmental Cover-Up of the Collateral Intelligence-Based Crimes those Agencies constructed in Context and Connotation pertaining to me and them; this is similarly to the Manipulative Prevention of my Genuine Protection and Care I provided for both of my Wives even after I divorced them, similarly as I provide Protection for everyone else, including Ms. Kristen Nielsen and Ms. Kamala Harris, considering their Intertwining with my Case as enough for making me care about them, regardless of Everyone's Jealousy and Paranoia believing that I may somehow abuse them.

18. While saying this, I believe that it would be useful to emphasize the Fact that the Suggested "Emotional Playing" of me done by these two Governmental Women for the Purpose of Information Extortion Purposes through such "Soft" Methods of Manipulation is what really makes sense to me and everyone else, but Superficial One only, not the one having Realistic Value, similarly as the one of my 2nd Wife, also Governmental Woman serving the United States Intelligence and Military through working for SAIC (Science Application International Corporation) from San Diego, California, a DoD (Department of Defense) Contracting Corporation, a Woman who could not stop initiating Sex with me even in her Military Tent in Afghanistan, being always Wet and Hot, never Dry and Cold, meaning that no any Excuse is Acceptable for Purification of Horny Governmental Women saying one thing in Private and another in Public (this is exactly why I am Old, Ugly, and "Dumb" right now; someone wants to washout the Past, when I was complimented for what is now attempted for Truth Laundering Purposes).
19. And what about the Blonde Woman from California interacting me in Afghanistan, along with few other referencing Ms. Kristen Nielsen in Intimate-Based Connotation; how we can understand the Motives behind her Impersonating and Targeting coming since before I documented the "Russian Information" and what referenced Afghanistan via Guatemala when Ms. Kristen Nielsen was Sabotaged and Subverted, if she has no Courage to step up and support me in what must be cleared not only for her Personal Safety, but for the sake of the American and Global National Security endangered through such Internal Targeting of Highly Positioned Governmental Entities, from which Passivity I am shocked.
20. Obviously, my Perspective of Observation and Acting is Professional while those of others are based upon Private and Intimate Prejudices, which I concluded through my Analyzing of the Pretext types of HUMINT and SIGINT Queries looking into areas that are focused more on Personal instead on Professional Matters, something that makes my Work done in Direction of Explaining the Intelligence-Based Crimes I am fighting much

Harder, which most probably happens on the other side distracted through Intimate-Based Provokes redirecting into Completely Irrelevant Direction.

21. I whish you could see the Insinuating HUMINT and SIGINT Scenarios Constructed and Played everywhere around me, which are Directed on a way that makes More or Less Beautiful Young Ladies talk Nicely to Old, Ugly, and Disabled Homeless People, which is done in front of me in parallel to the use of suchlike Cyber Methods of Brainwashing trying to make me believe that the Undercover Women who had Sex with me in the Past on their Initiative, they did it because they needed certain Information from me while me being "Ugly" and "Unattractive", but my Question is why they did not ask for that Information Needed, but more than Obviously, experienced Strong Orgasm while always having their Pussies Wet and Ready for "Information" Extortion (please!?)
22. And, what about the Kamasutra Schedule I should have with certain Indian Woman; it was Really meant to extort certain "Volcano" Information from me through the "Volcano Orgasm" Porn Video sent to me by my Undercover 2nd Wife, if she really sent it to me (this is why we need her Testifying), or we are dealing with Intelligence-Based Overlapping of her placing Ms. Kristen Nielsen in Deadly Danger through what no one other than me can prove as Overlapping Targeting of her referencing one Female Person from the Big Island of Hawaii, who's Testifying, along with those of Ms. Kristen Nielsen and Ms. Pamela Lynn Holt, is going to make you realize that everything I said was True and that everything said against me was Lie, something that must be cleared out.
23. Finally, you must consider the Fact that I am providing my Protection of them while being exposed on suffering of Insidious Backstabbing and Emotional and Physical Harming inflicted on me and other Innocent Victims by the Agencies playing their and other "Endangered" (Manipulated) Women's "Protection", on which Misery I responded, still respond, Intelligently and Peacefully while pursuing the Truth and Justice I am approaching through Legal Means, not through those that are used against me by the Primitive and Incompetent Staff of the Agencies playing the American Communities with telling them bad stories about me for the Purpose of making them support their Fabricated Investigations and Socially-Political Constructions processed against me through the use of Parallelly Processed Oppression and Stigmatization damaging the Truth, Justice, American Culture, and Prosperity.
24. This is why, even though I most probably sound as Contradictory to myself through my Strong Protecting of the aforementioned Governmental and Intelligence-Based Women Intertwined with me in the Socially-Political Processes devastating me and my Family, I am not contradicting myself through having such Friendly and Protective Attitude towards both of them while knowing that I was Indirectly Hurt by them via their Colleagues, but explaining the Delicacy of the Overall Situation Manipulatively Flipped against me and them by the Federal Agencies targeting all of us through trying to make

me look as I am the "Problem" while making my Supporters look as supporting that Artificially Caused "Problem".

25. Sadly, the Incompetence and Lack of Ethics of the United States Intelligence is so High, making my Genuine Sexuality, which is so Straight, Open to Everyone, and Free from Jealousy of any kind, be judged by the Evil Primitives of the United States and Balkan Intelligence damaging my and many other Good People's Lives, while making the Rich, Selfish, Greedy, Jealous, Envious, Revengeful, and Capricious People's Discomfort felt because of our Happiness expressed through our Modest Lives do not bothering anyone, become Main Target of the United States Intelligence and Government facing my Federal and International Charges, same as every Involved Corporation, Non-Governmental Organization, and Civilian who is going to Feel the Power of the Truth coming upon all of them for every Act of Emotional and Physical Evilness they inflicted on me, my Family, Relatives, Friends, Colleagues, Neighbors, and People I liked or they liked me.

Milan Kjalasan

1st of August 2026th, Saturday, 14:54

San Francisco, California, United States

**(19) ADDRESSING THE GOVERNMENTAL IGNORANCE AND PASSIVITY KILLS FRIENDSHIPS AND PEOPLE WHILE CAUSING SOCIALLY-POLITICAL INSTABILITIES, CONFLICTS, ASSASSINATIONS, AND WARS**

1. The Governmental Ignorance and Passivity on the Organized Crimes originating from the Corrupted Segments of the Executive, Judicial, and Legislative Branches of the Government, ordered by the Negative Impact they are leaving on their Victims, are the Main Reason for having of Unjust Society leaning towards the Corruption, which results with Development of Strong Feelings of Insecurity felt by the Citizens and Immigrants perceiving the Government as an Untrustworthy Entity incapable to Timely Respond and Prevent what is Reported as Governmental Harassment, Oppression, Stigmatization, Persecution, Hurting, and Killing of Unjustly Targeted People.
2. These Feelings of Insecurity cause Dangerous Political Moments built through something I Personally Witnessed as a Part of the Socially-Political Affairs in which I was placed by the Domestic and Foreign Intelligence-Based Entities abusing my Privacy and Intimacy for Constructing of Controversial Situations that made me be informed about the Most Important Socially-Political Events Engineered by the Upper Segment of the United States Intelligence and its Foreign Partners, which I brought to your Awareness and Understanding through my Public Writings I made accessible for the Federal and International Courts, Agencies, and Organizations I am Interacting for the Purpose of

providing Support for my Charges touching not only the United States Government, but also many others having bigger or smaller Involvement in what requires their Testifying, as well Testifying of their Partners.

3. This is something I am trying to Motivate, knowing how many Innocent People, Public Figures, and Politicians, especially those Leading Nations, ended up Implicated in what the Corrupted Segments of their Engineering Agencies Constructed or Partnered, something that must be addressed and corrected knowing how many of them are ending up with broken Physical and Emotional Health damaging their Relationships, Marriages, Careers, and Lives as result of their Chronic Suffering of by-the-Governmental-Agencies Inflicted Emotional and Physical Harm and Pain causing their Intense Emotional Responses Non-Understandable for their Families, Relatives, Friends, Colleagues, Neighbors, and People they like or are liked by them.
4. This is something I understand more than anyone in this World because of the Long-Years Governmental Ignoring of my and other People's Suffering, as well because of Persistent Ignoring of my Federal and International Charges pursuing not only Stoppage of this Suffering, but also Transparent Clearing of what is Covered by the Non-Incriminated but Coward Segment of the Government pursuing Immaculate Image for itself while its Corrupt Colleagues are Incriminated in Serious Crimes against the Humanity, Constitution, and Nation suffering Horrifying Damage on its Culture, Image, and Reputation.
5. Ending up Biochemically Disabled and Ultimately Singled Out from my Family and everyone else who I liked or who liked me, I felt what many other such Unfortunate Victims felt before they ended up giving up from themselves through Self-Isolation or Committing Suicides, or which is even Worse, through Random Killing of Innocent People Executed through Perpetrations of Hate Crimes and Acts of Terrorism, something with which I Strongly Disagree, thus responding on all of that with Transparent but Intelligent Fighting of Every Criminal Governmental Entity and Activity Responsible for Damaging of the People's Rights and Freedoms, especially of those touching their Privacy and Intimacy.
6. Unfortunately, such Self-Exposure on Unpleasant for Discussion Private and Intimate Breakages perpetrated by the Federal, Local, and International Agencies I am suing is sometimes Indispensable to be performed by their Victims for the Purpose of Proving of the Governmental, Non-Governmental, Corporate, and Communal Entities playing with it, which is what I am prosecuting through my Federal and International Charges Controllably Exposing what is Absolutely Necessary to be Exposed for the Purpose of Stopping of any further Interfering and Attacking of the People's Private and Intimate Lives.

7. This is something for which I hope that I am going to receive Understanding by every Governmental Entity mentioned by me in this regard, especially by Ms. Kristen Nielsen, the DHS (Department of Homeland Security) Director of Mr. Donald Trump's 1st Administration; and Ms. Pamela Lynn Holt, my 2nd Wife; who, along with those who are Persistently Impersonated in parallel, as Ms. Kamala Harris, Vice President of Mr. Joe Biden's Administration; Ms. Gina Haspel, 2nd CIA (Central Intelligence Agency) Director of Mt. Donald Trump's 1st Administration; Ms. Shona Baca, CIA Operative overseeing some of the Activities pertaining to me, and few other Entities from whom I expect Support through their Testifying explaining their Awareness or Unawareness for the things for which I am talking about, which should Automatically Lead into Revelation of who is thinking, feeling, and doing what, so there would be no any Confusion about their Actions pertaining to me.
8. After telling you this on the Opening Part of my Federal and International Charges processed against the Governmental Entities Responsible, I Sincerely Hope that my releasing of Controlled Information having Private and/or Intimate Nature is going to be Understood Properly by everyone referred through it, thus being taken Calmly and Rationally, same as I am providing to the Federal and International Courts in Pursuit of Everyone's Wellbeing, something that is going to result the Winning of my Federal and International Cases pursuing Everyone's, not only my, Justice and better Quality of Life needed not only by all of us, but also by the Society and Democracy attacked in Secrecy by those who I am charging for Management of Organized Governmental Crimes against the Humanity and Democracy they are targeting and/or abusing.

Milan Kjalasan

5th of August 2026th, Wednesday, 17:52

San Francisco, California, United States

*Milan Kjalasan*
*Drafted on 22nd of April 2026th, Wednesday, 09:22 AM*
*Lanai City, Hawaii, United States*
*Published on 13th of August 2026th, Thursday, 13:36*
*San Francisco, California, United States*